UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| HI-LEX CONTROLS INCORPORATED, HI-LEX AMERICA, INCORPORATED and HI-LEX CORPORATION HEALTH AND WELFARE PLAN,<br><br>   Plaintiffs,<br><br>v.<br><br>BLUE CROSS AND BLUE SHIELD OF MICHIGAN,<br><br>   Defendant. | CASE NO: |

## INDEX OF EXHIBITS TO COMPLAINT

1. May 1, 2002 Administrative Services Contract between BCBSM and Hi-Lex Corporation.

2. Schedule A's for 2004 – 2011.

3. BCBSM Executive Summary--Retention Reallocation.

4. April 29, 2011 Letter from S. Quinn, BCBSM, to J. Ekstrom, The Campbell Group.

5. Administrative Fee Summary—Monthly Per Contract.

6. BCBSM Settlement Statements for 2002 and 2004-2011.

7. January, 2008 – March, 2008 Quarterly Settlement.

8. Form 5500 Schedule A's for 2002 and 2004 – 2008.

9. BCBSM Document--Talking Points—Conversations with Customers—ASC Access Fee.

4351208_1.DOC