# EXHIBIT 2

SCHEDULE A - Renewal Term (Jan 2004 - Dec 2004)

Administrative Services Contract (ASC)

1. Group Name: HI LEX CORPORATION
2. Group Number/Cluster: D501
3. Contract Effective Date: May 01, 1991
4. ASC Funding Arrangement: WEEKLY WIRE
5. Line(s) of Business:

    [x] Facility
        [ ] Facility Foreign
        [ ] Facility Domestic
    [x] Physician
    [x] Master Medical

    [x] Prescription Drugs
    [x] Dental
    [ ] Vision
    [ ] Hearing

    *Domestic Facility Code(s): 0

6. Administrative Charge:

| | Cost Per Contract | Monthly Contracts | Monthly Premium |
|---|---|---|---|
| A. Base Administration | $35.28 | 997 | $35,174 |
| B. Predetermination-Foot Surgery | | | |
| C. Mandatory Second Opinion | | | |
| D. Dentemax | | | |
| E. Additional Agent Fee | | | |
| TOTAL | | | $35,174 |

7. Stop-loss Coverage(s):

    A. Stop-loss Coverage Purchased
        [ ] Standard
        [x] Outlier Protection
        [ ] None

    [x] Specific Only
    [ ] Aggregate Only
    [ ] Specific and Aggregate

    B. Coverage Lines of Business
        [x] Facility
            [ ] Facility Foreign Payment
            [ ] Facility Domestic Charge
        [x] Physician

    [x] Master Medical
    [ ] Prescription Drugs
    [ ] All Lines of Business(Aggregate Only)

    C. Attachment Point(s) (per contract)    Specific: $ 300,000

| | Cost Per Contract | Monthly Contracts | Monthly Premium |
|---|---|---|---|
| D. Total Stop-loss Premium | $3.52 | 997 | $3,509 |

Blue Cross Blue Shield of Michigan is an independent licensee of the Blue Cross and Blue Shield Association

9. Late Payment Charges/Interest:

    A. Weekly Late Payment Charge     2%

    B. Yearly Statutory Interest Charge (Simple Interest)     12%

    C. Provider Contractual Interest

10. BCBSM Account:     Comerica

    Wire Number     Bank     American Bank Assoc

11. Your hospital claims cost reflects certain charges for provider network access, contingency, and other subsidies as appropriate.

BCBSM:

BY: _____(Signature)_____

NAME: Michelle R. Napolitan (Print)

TITLE: Rating Analyst II

DATE: 12/10/03

BY: _____(Signature)_____

NAME: _____(Print)_____

TITLE: _____

DATE: _____

THE GROUP:

BY: _____(Signature)_____

NAME: _____(Print)_____

TITLE: _____

DATE: _____

BY: _____(Signature)_____

NAME: _____(Print)_____

TITLE: _____

DATE: _____

Blue Cross Blue Shield of Michigan is an Independent licensee of the Blue Cross and Blue Shield Association

## SCHEDULE A - Renewal Term (Jan 2005 - Dec 2005)

### Administrative Services Contract (ASC)

1. Group Name: HI LEX CORPORATION
2. Group Number/Cluster: D501
3. Contract Effective Date: May 01, 1991
4. ASC Funding Arrangement: WEEKLY WIRE
5. Line(s) of Business:

    [x] Facility                                [x] Prescription Drugs
       [ ] Facility Foreign          [x] Dental
       [ ] Facility Domestic         [ ] Vision
    [x] Physician                               [ ] Hearing
    [x] Master Medical

    *Domestic Facility Code(s): 0

6. Administrative Charge:

| | Cost Per Contract | Monthly Contracts | Monthly Premium |
|---|---|---|---|
| A. Base Administration | $35.28 | 1,062 | $37,467 |
| B. Predetermination-Foot Surgery | | | |
| C. Mandatory Second Opinion | | | |
| D. Dentemax | | | |
| E. Additional Agent Fee | | | |
| TOTAL | | | $37,467 |

7. Stop-loss Coverage(s):

    A. Stop-loss Coverage Purchased

    [ ] Standard                       [x] Specific Only
    [x] Outlier Protection             [ ] Aggregate Only
    [ ] None                           [ ] Specific and Aggregate

    B. Coverage Lines of Business

    [x] Facility                                  [x] Master Medical
       [ ] Facility Foreign Payment    [ ] Prescription Drugs
       [ ] Facility Domestic Charge    [ ] All Lines of Business(Aggregate Only)
    [x] Physician

    C. Attachment Point(s) (per contract)    Specific: $ 300,000

| | Cost Per Contract | Monthly Contracts | Monthly Premium |
|---|---|---|---|
| D. Total Stop-loss Premium | $3.93 | 1,062 | $4,174 |

9. Late Payment Charges/Interest:

    A. Weekly Late Payment Charge      2%

    B. Yearly Statutory Interest Charge (Simple Interest)      12%

    C. Provider Contractual Interest

10. BCBSM Account:      Comerica

           Wire Number    Bank    American Bank Assoc

11. Your hospital claims cost reflects certain charges for provider network access, contingency, and other subsidies as appropriate.

BCBSM:  
BY: _____ (Signature)  
NAME: Michelle R Napolitan (Print)  
TITLE: Rating Analyst II  
DATE: 12/21/04  

THE GROUP:  
BY: _____ (Signature)  
NAME: Steven Hector (Print)  
TITLE: Director of HR  
DATE: January 6, 2005  

BY: _____ (Signature)  
NAME: _____ (Print)  
TITLE: _____  
DATE: _____  

BY: _____ (Signature)  
NAME: _____ (Print)  
TITLE: _____  
DATE: _____

SCHEDULE A - Renewal Term (Jan 2006 - Dec 2006)

Administrative Services Contract (ASC)

1. Group Name: HI LEX CORPORATION
2. Group Number/Cluster: D501
3. Contract Effective Date: May 01, 1991
4. ASC Funding Arrangement: WEEKLY WIRE
5. Line(s) of Business:

    [x] Facility                        [x] Prescription Drugs
       [ ] Facility Foreign         [x] Dental
       [ ] Facility Domestic        [ ] Vision
    [x] Physician                       [ ] Hearing
    [x] Master Medical

    *Domestic Facility Code(s): 0

6. Administrative Charge:

| | Cost Per Contract | Monthly Contracts | Monthly Premium |
|---|---|---|---|
| A. Base Administration | $34.81 | 1,095 | $38,117 |
| B. Predetermination-Foot Surgery | | | |
| C. Mandatory Second Opinion | | | |
| D. Dentemax | | | |
| E. Additional Agent Fee | | | |
| TOTAL | | | $38,117 |

7. Stop-loss Coverage(s):

    A. Stop-loss Coverage Purchased

    [ ] Standard                    [x] Specific Only
    [x] Outlier Protection          [ ] Aggregate Only
    [ ] None                        [ ] Specific and Aggregate

    B. Coverage Lines of Business

    [x] Facility                            [x] Master Medical
       [ ] Facility Foreign Payment     [ ] Prescription Drugs
       [ ] Facility Domestic Charge     [ ] All Lines of Business(Aggregate Only)
    [x] Physician

    C. Attachment Point(s) (per contract)    Specific: $ 300,000

| | Cost Per Contract | Monthly Contracts | Monthly Premium |
|---|---|---|---|
| D. Total Stop-loss Premium | $4.05 | 1,095 | $4,435 |

Blue Cross Blue Shield of Michigan is an independent licensee of the Blue Cross and Blue Shield Association.

9. Late Payment Charges/Interest:

   A. Weekly Late Payment Charge     2%

   B. Yearly Statutory Interest Charge (Simple Interest)     12%

   C. Provider Contractual Interest

10. BCBSM Account:     Comerica

    Wire Number     Bank     American Bank Assoc

11. A portion of your hospital savings has been retained by BCBSM to cover costs associated with the establishment, management and maintenance of BCBSM's participating hospital, physician and other health provider networks. The ASC Access Fee also covers any subsidies, surcharges and contributions to reserves ordered by the State Insurance Commissioner as authorized pursuant to P.A. 350.

BCBSM:

BY: _____ (Signature)

NAME: Michelle R. Napolitan (Print)

TITLE: Rating Analyst II

DATE: 9/8/05

BY: _____ (Signature)

NAME: _____ (Print)

TITLE: _____

DATE: _____

THE GROUP:

BY: _____ (Signature)

NAME: _____ (Print)

TITLE: _____

DATE: _____

BY: _____ (Signature)

NAME: _____ (Print)

TITLE: _____

DATE: _____

SCHEDULE A - Renewal Term (Jan 2007 - Dec 2007)

Administrative Services Contract (ASC)

1. Group Name: HI LEX CORPORATION
2. Group Number/Cluster: D501
3. Contract Effective Date: May 01, 1991
4. ASC Funding Arrangement: WEEKLY WIRE
5. Line(s) of Business:

    [x] Facility                  [x] Prescription Drugs
    [ ] Facility Foreign      [x] Dental
    [ ] Facility Domestic    [ ] Vision
    [x] Physician            [ ] Hearing
    [ ] Master Medical

    *Domestic Facility Code(s): 0

6. Administrative Charge:

| | Cost Per Contract | Monthly Contracts | Monthly Premium |
|---|---|---|---|
| A. Base Administration | $34.35 | 1,011 | $34,728 |
| B. Predetermination-Foot Surgery | | | |
| C. Mandatory Second Opinion | | | |
| D. Dentemax | | | |
| E. Additional Agent Fee | | | |
| TOTAL | | | $34,728 |

7. Stop-loss Coverage(s):

    A. Stop-loss Coverage Purchased

    [ ] Standard              [x] Specific Only
    [x] Outlier Protection     [ ] Aggregate Only
    [ ] None                   [ ] Specific and Aggregate

    B. Coverage Lines of Business

    [x] Facility                      [ ] Master Medical
    [ ] Facility Foreign Payment    [ ] Prescription Drugs
    [ ] Facility Domestic Charge    [ ] All Lines of Business(Aggregate Only)
    [x] Physician

    C. Attachment Point(s) (per contract)    Specific: $ 300,000

| | Cost Per Contract | Monthly Contracts | Monthly Premium |
|---|---|---|---|
| D. Total Stop-loss Premium | $5.17 | 1,011 | $5,227 |

Blue Cross Blue Shield of Michigan is an independent licensee of the Blue Cross and Blue Shield Association.

9. Late Payment Charges/Interest:

    A. Weekly Late Payment Charge      2%

    B. Yearly Statutory Interest Charge (Simple Interest)      12%

    C. Provider Contractual Interest

10. BCBSM Account:      Comerica

    Wire Number      Bank      American Bank Assoc

11. A portion of your hospital savings has been retained by BCBSM to cover the ASC Access Fee. The ASC Access Fee covers (a) costs associated with the establishment, management and maintenance of BCBSM's participating hospital, physician and other health provider networks, (b) charges to help maintain BCBSM's surplus at an appropriate level in compliance with regulatory and Blue Cross and Blue Shield Association standards, and (c) cost transfer subsidies or surcharges authorized pursuant to 1980 P.A. 350, such as the group conversion fee and the 'other than group' subsidy.

The Group acknowledges that BCBSM or a Blue Cross and Blue Shield Plan may have compensation arrangements with providers in which the provider is subject to performance or risk-based compensation, including but not limited to withholds, bonuses, incentive payments, provider credits and member management fees. Often the compensation amount is determined after the medical service has been performed and after the Group has been invoiced.

BCBSM:

BY: _/s/ Tierra R. Turner_          THE GROUP:
    (Signature)

                                 BY: _____
                                       (Signature)

NAME: _Tierra R. Turner_          NAME: _____
     (Print)                                     (Print)

TITLE: _Category Analyst II_          TITLE: _____

DATE: _8/30/2006_          DATE: _____

BY: _____          BY: _____
    (Signature)                                    (Signature)

NAME: _____          NAME: _____
     (Print)                                     (Print)

TITLE: _____          TITLE: _____

DATE: _____          DATE: _____

SCHEDULE A - Renewal Term (Jan 2008 - Dec 2008)

Administrative Services Contract (ASC)

1. Group Name: HI LEX CORPORATION
2. Group Number/Cluster: D501
3. Contract Effective Date: May 01, 1991
4. ASC Funding Arrangement: WEEKLY WIRE
5. Line(s) of Business:

   [x] Facility  
      [ ] Facility Foreign  
      [ ] Facility Domestic  
   [x] Physician  
   [ ] Master Medical  
   *Domestic Facility Code(s): 0

   [x] Prescription Drugs  
   [x] Dental  
   [ ] Vision  
   [ ] Hearing

6. Administrative Charge:

| | Cost Per Contract | Monthly Contracts | Monthly Premium |
|---|---|---|---|
| A. Base Administration | $35.03 | 1,016 | $35,590 |
| B. Predetermination-Foot Surgery | | | |
| C. Mandatory Second Opinion | | | |
| D. Dentemax | | | |
| E. Additional Agent Fee | | | |
| TOTAL | | | $35,590 |

7. Stop-loss Coverage(s):

   A. Stop-loss Coverage Purchased

   [ ] Standard  
   [x] Outlier Protection  
   [ ] None

   [x] Specific Only  
   [ ] Aggregate Only  
   [ ] Specific and Aggregate

   B. Coverage Lines of Business

   [x] Facility  
      [ ] Facility Foreign Payment  
      [ ] Facility Domestic Charge  
   [x] Physician

   [ ] Master Medical  
   [ ] Prescription Drugs  
   [ ] All Lines of Business(Aggregate Only)

   C. Attachment Point(s) (per contract)   Specific: $ 300,000

| | Cost Per Contract | Monthly Contracts | Monthly Premium |
|---|---|---|---|
| D. Total Stop-loss Premium | $8.82 | 1,016 | $8,961 |

Blue Cross Blue Shield of Michigan is an independent licensee of the Blue Cross and Blue Shield Association

9. Late Payment Charges/Interest:

   A. Weekly Late Payment Charge                                                                    2%

   B. Yearly Statutory Interest Charge (Simple Interest)                           12%

   C. Provider Contractual Interest

10. BCBSM Account:                                  Comerica

                                        Wire Number        Bank       American Bank Assoc

11. A portion of your hospital savings has been retained by BCBSM to cover the ASC Access Fee. The ASC Access Fee covers (a) costs associated with the establishment, management and maintenance of BCBSM's participating hospital, physician and other health provider networks, (b) charges to help maintain BCBSM's surplus at an appropriate level in compliance with regulatory and Blue Cross and Blue Shield Association standards, and (c) cost transfer subsidies or surcharges authorized pursuant to 1980 P.A. 350, such as the group conversion fee and the 'other than group' subsidy.

The Group acknowledges that BCBSM or a Blue Cross and Blue Shield Plan may have compensation arrangements with providers in which the provider is subject to performance or risk-based compensation, including but not limited to withholds, bonuses, incentive payments, provider credits and member management fees. Often the compensation amount is determined after the medical service has been performed and after the Group has been invoiced.

BCBSM:

BY: *Nicole Staley*
      (Signature)

NAME: NICOLE STALEY
        (Print)

TITLE: RATING ANALYST I

DATE: August 23, 2007

BY: _____
      (Signature)

NAME: _____
        (Print)

TITLE: _____

DATE: _____

THE GROUP:

BY: _____
      (Signature)

NAME: _____
        (Print)

TITLE: _____

DATE: _____

BY: _____
      (Signature)

NAME: _____
        (Print)

TITLE: _____

DATE: _____

SCHEDULE A - Renewal Term (Jan 2009 - Dec 2009)

Administrative Services Contract (ASC)

1. Group Name: HI LEX CORPORATION
2. Group Number/Cluster: D501
3. Contract Effective Date: May 01, 1991
4. ASC Funding Arrangement: WEEKLY WIRE
5. Line(s) of Business:

   [x] Facility                    [x] Prescription Drugs
      [ ] Facility Foreign      [x] Dental
      [ ] Facility Domestic     [ ] Vision
   [x] Physician                   [ ] Hearing
   [ ] Master Medical

   *Domestic Facility Code(s): 0

6. Administrative Charge:

| | Cost Per Contract | Monthly Contracts | Monthly Premium |
|---|---|---|---|
| A. Base Administration | $35.74 | 1,031 | $36,848 |
| B. Additional Agent Fee | | | |
| TOTAL | | | $36,848 |
| C. Administrative Access Fee Cap (Per contract per month) | $35.00 | | |

7. Stop-loss Coverage(s):

   A. Stop-loss Coverage Purchased

   [x] Standard                      [x] Specific Only
   [ ] Specific and Aggregate        [ ] Aggregate Only
   [ ] None

   B. Coverage Lines of Business

   [x] Facility                              [ ] Master Medical
      [ ] Facility Foreign Payment     [ ] Prescription Drugs
      [ ] Facility Domestic Charge     [ ] All Lines of Business(Aggregate Only)
   [x] Physician

   C. Attachment Point(s) (per contract)    Specific: $ 300,000

| | Cost Per Contract | Monthly Contracts | Monthly Premium |
|---|---|---|---|
| D. Total Stop-loss Premium | $9.60 | 1,031 | $9,898 |

9. Late Payment Charges/Interest:

    A. Weekly Late Payment Charge     2%

    B. Yearly Statutory Interest Charge (Simple Interest)     12%

    C. Provider Contractual Interest

10. BCBSM Account:     Comerica

        Wire Number     Bank     American Bank Assoc

11. If applicable, Group shall pay an Administrative Access Fee ("AAF") which is included in hospital claims cost that is contained in Group's Amounts Billed. The AAF is separate from and does not include BlueCard fees and shall not exceed $35.00 per contract per month. Approximately 120 days after the close of the Contract Year, BCBSM shall report the aggregate amount of AAF actually paid by group.

The Group acknowledges that BCBSM or a Blue Cross and Blue Shield Plan may have compensation arrangements with providers in which the provider is subject to performance or risk-based compensation, including, but not limited to withholds, bonuses, incentive payments, provider credits and member management fees. Often the compensation amount is determined after the medical service has been performed and after the Group has been invoiced.

BCBSM:                                   THE GROUP:

BY: _Sondra M Han_              BY: _John Fee_
      (Signature)                               (Signature)

NAME: _Sondra M Han_          NAME: _John Fee_
        (Print)                                 (Print)

TITLE: _Regional Sales Manager_    TITLE: _Secty/Treas_

DATE: _1/12/09_                     DATE: _01/12/09_

BY: _____       BY: _____
      (Signature)                               (Signature)

NAME: _____     NAME: _____
        (Print)                                 (Print)

TITLE: _____     TITLE: _____

DATE: _____      DATE: _____

Blue Cross Blue Shield of Michigan is an independent licensee of the Blue Cross and Blue Shield Association.

SCHEDULE A - Renewal Term (Jan 2010 - Dec 2010)

Administrative Services Contract (ASC)

1. Group Name: HI-LEX CORPORATION
2. Group Number/Cluster: D501
3. Contract Effective Date: May 01, 1991
4. ASC Funding Arrangement: WEEKLY WIRE
5. Line(s) of Business:

   [x] Facility                    [x] Prescription Drugs
      [ ] Facility Foreign     [x] Dental
      [ ] Facility Domestic    [ ] Vision
   [x] Physician                   [ ] Hearing
   [ ] Master Medical

   *Domestic Facility Code(s): 0*

6. Administrative Charge:

   |  | Cost Per Contract | Monthly Contracts | Monthly Premium |
   |---|---|---|---|
   | A. Base Administration | $36.45 | 982 | $35,794 |
   | B. Additional Agent Fee |  |  |  |
   | TOTAL |  |  | $35,794 |
   | C. Administrative Access Fee Cap (Per contract per month) | $35.00 |  |  |

7. Stop-loss Coverage(s):

   A. Stop-loss Coverage Purchased

   [x] Standard                    [x] Specific Only
   [ ] Specific and Aggregate      [ ] Aggregate Only
   [ ] None

   B. Coverage Lines of Business

   [x] Facility                         [ ] Master Medical
      [ ] Facility Foreign Payment   [ ] Prescription Drugs
      [ ] Facility Domestic Charge   [ ] All Lines of Business(Aggregate Only)
   [x] Physician

   C. Attachment Point(s) (per contract)   Specific: $ 300,000

   |  | Cost Per Contract | Monthly Contracts | Monthly Premium |
   |---|---|---|---|
   | D. Total Stop-loss Premium | $11.52 | 982 | $11,313 |

Blue Cross Blue Shield of Michigan is an Independent licensee of the Blue Cross and Blue Shield Association.

8. Late Payment Charges/Interest:

   A. Weekly Late Payment Charge                                         2%

   B. Yearly Statutory Interest Charge (Simple Interest)                12%

   C. Provider Contractual Interest

9. BCBSM Account:                          Comerica
                         Wire Number        Bank       American Bank Assoc

10. If applicable, Group shall pay an Administrative Access Fee ("AAF") which is included in hospital claims cost that is contained in Group's Amounts Billed. The AAF is separate from and does not include BlueCard fees and shall not exceed $35.00 per contract per month. Approximately 120 days after the close of the Contract Year, BCBSM shall report the aggregate amount of AAF actually paid by group.

11. The Group acknowledges that BCBSM or a Blue Cross and Blue Shield Plan may have compensation arrangements with providers in which the provider is subject to performance or risk-based compensation, including but not limited to withholds, bonuses, incentive payments, provider credits and member management fees. Often the compensation amount is determined after the medical service has been performed and after the Group has been invoiced.

BCBSM:                                      THE GROUP:

BY: _Diane Stout_ (Signature)               BY: _Joe Fee_ (Signature)

NAME: _Diane Stout_ (Print)                 NAME: _John Flack_ (Print)

TITLE: _Account Manager_                    TITLE: _Dir. of Finance_

DATE: _9-29-09_                             DATE: _09/18/09_

BY: _____ (Signature)              BY: _____ (Signature)

NAME: _____ (Print)                NAME: _____ (Print)

TITLE: _____                       TITLE: _____

DATE: _____                        DATE: _____

Blue Cross Blue Shield of Michigan is an Independent Licensee of the Blue Cross and Blue Shield Association.

SCHEDULE A - Renewal Term (Jan 2011 - Dec 2011)

Administrative Services Contract (ASC)

1. Group Name: HI LEX CORPORATION
2. Group Number/Cluster: D501
3. Contract Effective Date: May 01, 1991
4. ASC Funding Arrangement: WEEKLY WIRE
5. Line(s) of Business:

    [x] Facility                    [x] Prescription Drugs
       [ ] Facility Foreign         [x] Dental
       [ ] Facility Domestic        [ ] Vision
    [x] Physician                   [ ] Hearing
    [ ] Master Medical

    *Domestic Facility Code(s): 0

6. Administrative Charge:

| | Cost Per Contract | Monthly Contracts | Monthly Premium |
|---|---|---|---|
| A. Base Administration | $37.91 | 876 | $33,209 |
| B. Additional Agent Fee | | | |
| TOTAL | | | $33,209 |
| C. Administrative Access Fee Cap (Per contract per month) | $35.00 | | |

7. Stop-loss Coverage(s):

    A. Stop-loss Coverage Purchased

       [x] Standard                    [x] Specific Only
       [ ] Specific and Aggregate      [ ] Aggregate Only
       [ ] None

    B. Coverage Lines of Business

       [x] Facility                         [ ] Master Medical
          [ ] Facility Foreign Payment      [ ] Prescription Drugs
          [ ] Facility Domestic Charge      [ ] All Lines of Business(Aggregate Only)
       [x] Physician

    C. Attachment Point(s) (per contract)   Specific: $ 300,000

| | Cost Per Contract | Monthly Contracts | Monthly Premium |
|---|---|---|---|
| D. Total Stop-loss Premium | $14.60 | 876 | $12,790 |

HI LEX CORPORATION -- CLUSTER D501

Blue Cross Blue Shield of Michigan is an independent licensee of the Blue Cross and Blue Shield Association.

8. Late Payment Charges/Interest:

   A. Weekly Late Payment Charge                                                                        2%

   B. Yearly Statutory Interest Charge (Simple Interest)                             12%

   C. Provider Contractual Interest

9. BCBSM Account:                       Comerica

                      Wire Number      Bank      American Bank Assoc

10. The Group shall pay an Administrative Access Fee ("AAF") which is included in hospital claims cost that is contained in Group's Amounts Billed. This AAF is separate from and does not include BlueCard fees and shall not exceed $95.00 per contract per month. Approximately 120 days after the close of the Contract Year, BCBSM shall report the aggregate amount of AAF actually paid by group.

11. The Group acknowledges that BCBSM or a Blue Cross and Blue Shield Plan may have compensation arrangements with providers in which the provider is subject to performance or risk-based compensation, including but not limited to withholds, bonuses, incentive payments, provider credits and member management fees. Often the compensation amount is determined after the medical service has been performed and after the Group has been invoiced.

BCBSM:                                                     THE GROUP:

BY: _Diane Stout_                        BY: _Joe Fick_
(Signature)                                     (Signature)

NAME: _Diane Stour_                 NAME: _John Fick_
(Print)                                          (Print)

TITLE: _Account Manager_           TITLE: _Dir. of Finance_

DATE: _9-28-10_                         DATE: _9/22/10_

BY: _Steven Lehnert_
(Signature)                                     BY: _____
                                                  (Signature)

NAME: _Steven Lehnert_            NAME: _____
(Print)                                          (Print)

TITLE: _Underwriter_                  TITLE: _____

DATE: _9/28/10_                         DATE: _____

HI-LEX CORPORATION -- CLUSTER 0001
Blue Cross Blue Shield of Michigan is an Independent licensee of the Blue Cross and Blue Shield Association.