# EXHIBIT 6

BLUE CROSS BLUE SHIELD OF MICHIGAN

ADMINISTRATIVE SERVICES CONTRACT

SETTLEMENT

FOR THE PERIOD: MAY 1, 2002 - APRIL 30, 2003

FOR

HI LEX CORPORATION

CLUSTER D501

CONTENTS:

Section  1:   Administrative Fee Settlement
Section  2:   POS Incentive Fee Settlement
Section  3:   Stop Loss Premium Settlement
Section  4:   Aggregate Stop Loss Settlement
Section  5:   Settlement Summary
              Schedule A  (FORM 5500)

09/05/2003

Blue Cross Blue Shield of Michigan is an independent licensee of the Blue Cross and Blue Shield Association.

**Blue Cross**
**Blue Shield**
of Michigan

Section   1                                          CLUSTER D501

## HI LEX CORPORATION

### Administrative Fee Settlement

May 1, 2002 - April 30, 2003

| Mon-Year | Estimated Amount Billed | | | Actual Amount Required | | |
|---|---|---|---|---|---|---|
| | Billed Contracts | Fee | Billed Per Month | Actual Contracts | Fee | Required Per Month |
| May-2002 | 903 | $31.44 | $28,390 | 992 | $31.44 | $31,188 |
| Jun-2002 | 903 | $31.44 | $28,390 | 999 | $31.44 | $31,409 |
| Jul-2002 | 903 | $31.44 | $28,390 | 993 | $31.44 | $31,220 |
| Aug-2002 | 903 | $31.44 | $28,390 | 998 | $31.44 | $31,377 |
| Sep-2002 | 903 | $31.44 | $28,390 | 991 | $31.44 | $31,157 |
| Oct-2002 | 903 | $31.44 | $28,390 | 986 | $31.44 | $31,000 |
| Nov-2002 | 903 | $31.44 | $28,390 | 1,006 | $31.44 | $31,629 |
| Dec-2002 | 903 | $31.44 | $28,390 | 1,038 | $31.44 | $32,635 |
| Jan-2003 | 903 | $31.44 | $28,390 | 1,056 | $31.44 | $33,201 |
| Feb-2003 | 903 | $31.44 | $28,390 | 1,069 | $31.44 | $33,609 |
| Mar-2003 | 903 | $31.44 | $28,390 | 1,085 | $31.44 | $34,112 |
| Apr-2003 | 903 | $31.44 | $28,390 | 1,089 | $31.44 | $34,238 |
| Total | 10,836 | | $340,680 | 12,302 | | $386,775 |

Total Amount Required          $386,775

Total Amount Billed            $340,680

Difference                     $46,095

Amount Due to Blue Cross Blue Shield of Michigan          $46,095
                                                        =======

**Blue Cross**
**Blue Shield**
of Michigan

Section  2                                     CLUSTER D501

## HI LEX CORPORATION

POS) Incentive Fee Settlement

May 1, 2002 - April 30, 2003

|  | Estimated Amount Billed | | | Actual Amount Required | | |
|---|---|---|---|---|---|---|
| Mon-Year | Billed Members | Fee | Billed Per Month | Actual Members | Fee | Required Per Month |
| May-2002 | 1,171 | $2.00 | $2,342 | 1,171 | $2.00 | $2,342 |
| Jun-2002 | 1,157 | $2.00 | $2,314 | 1,157 | $2.00 | $2,314 |
| Jul-2002 | 1,052 | $2.00 | $2,104 | 1,052 | $2.00 | $2,104 |
| Aug-2002 | 1,021 | $2.00 | $2,042 | 1,021 | $2.00 | $2,042 |
| Sep-2002 | 1,011 | $2.00 | $2,022 | 1,011 | $2.00 | $2,022 |
| Oct-2002 | 1,011 | $2.00 | $2,022 | 1,011 | $2.00 | $2,022 |
| Nov-2002 | 1,011 | $2.00 | $2,022 | 1,011 | $2.00 | $2,022 |
| Dec-2002 | 1,011 | $2.00 | $2,022 | 1,011 | $2.00 | $2,022 |
| Jan-2003 | 994 | $2.00 | $1,988 | 998 | $2.00 | $1,996 |
| Feb-2003 | 999 | $2.00 | $1,998 | 999 | $2.00 | $1,998 |
| Mar-2003 | 993 | $2.00 | $1,986 | 993 | $2.00 | $1,986 |
| Apr-2003 | 968 | $2.00 | $1,936 | 968 | $2.00 | $1,936 |
| Total | 12,399 | | $24,798 | 12,403 | | $24,806 |

Total Amount Required        $24,806

Total Amount Billed          $24,798

Difference                      $8

Amount Due to Blue Cross Blue Shield of Michigan        $8
                                                        ==

**Blue Cross**
**Blue Shield**
of Michigan

Section 3                                    CLUSTER D501

## HI LEX CORPORATION

### Stop Loss Premium Settlement

### May 1, 2002 - April 30, 2003

*Specific + Aggregate*

| | Estimated Amount Billed | | | Actual Amount Required | | |
|---|---|---|---|---|---|---|
| Mon-Year | Billed Contracts | Fee | Billed Per Month | Actual Contracts | Fee | Required Per Month |
| May-2002 | 903 | $8.35 | $7,540 | 992 | $8.35 | $8,283 |
| Jun-2002 | 903 | $8.35 | $7,540 | 999 | $8.35 | $8,342 |
| Jul-2002 | 903 | $8.35 | $7,540 | 993 | $8.35 | $8,292 |
| Aug-2002 | 903 | $8.35 | $7,540 | 998 | $8.35 | $8,333 |
| Sep-2002 | 903 | $8.35 | $7,540 | 991 | $8.35 | $8,275 |
| Oct-2002 | 903 | $8.35 | $7,540 | 986 | $8.35 | $8,233 |
| Nov-2002 | 903 | $8.35 | $7,540 | 1,006 | $8.35 | $8,400 |
| Dec-2002 | 903 | $8.35 | $7,540 | 1,038 | $8.35 | $8,667 |
| Jan-2003 | 903 | $8.35 | $7,540 | 1,056 | $8.35 | $8,818 |
| Feb-2003 | 903 | $8.35 | $7,540 | 1,069 | $8.35 | $8,926 |
| Mar-2003 | 903 | $8.35 | $7,540 | 1,085 | $8.35 | $9,060 |
| Apr-2003 | 903 | $8.35 | $7,540 | 1,089 | $8.35 | $9,093 |
| Total | 10,836 | | $90,480 | 12,302 | | $102,722 |

Total Amount Required          $102,722

Total Amount Billed            $90,480

Difference                     $12,242

Amount Due to Blue Cross Blue Shield of Michigan          $12,242
=======

**Blue Cross**
**Blue Shield**
of Michigan

Section  4                                    CLUSTER D501

HI LEX CORPORATION

Aggregate Stop Loss Settlement

May 1, 2002 - April 30, 2003

A.  Actual Claims Paid by BCBSM                              $4,743,723

    Facility                      $3,048,354

    Professional                  $1,622,108

    Master Medical                   $73,261

B.  Less:  Specific Stop Loss Credits                          $127,111

C.  Plus:  Point of Service (Capitations and Incentives)      $129,960

D.  Net Claims Paid (A minus B plus C)                       $4,746,572

E.  Aggregate Liability

    Attachment Point                  $5,060

    Average Contracts     12,302/12   1,025.17

    Attachment Point x Average Contracts =       $5,187,360

Amount Due to HI LEX CORPORATION                                   $0
                                                                   ==

**Blue Cross
Blue Shield**
of Michigan

Section 5                                              CLUSTER D501

HI LEX CORPORATION

Settlement Summary

May 1, 2002 - April 30, 2003

---

1. Administrative Fee Settlement Underpayment                   $46,095

2. POS Incentive Fee Underpayment                                   $8

3. Stop Loss Premium Settlement Underpayment                   $12,242

4. Aggregate Stop Loss Settlement                                   $0

---

Underpayment                                                  $58,345

Amount Due to Blue Cross Blue Shield of Michigan             $58,345
                                                            =======

Underpayment will be charged in the settlement quarter 08/2003 - 10/2003.

# BLUE CROSS BLUE SHIELD OF MICHIGAN

## ADMINISTRATIVE SERVICES CONTRACT

### SETTLEMENT

#### FOR THE PERIOD: JANUARY 1, 2004 - DECEMBER 31, 2004

#### FOR

## HI LEX CORPORATION

### CLUSTER D501

**CONTENTS:**

Section 1:  Administrative Fee Settlement
Section 2:  POS Incentive Fee Settlement
Section 3:  Stop Loss Premium Settlement
Section 4:  Settlement Summary
            Schedule A  (FORM 5500)

06/08/2005

Blue Cross Blue Shield of Michigan is an independent licensee of the Blue Cross and Blue Shield Association.

**Blue Cross**
**Blue Shield**
of Michigan

Section 1                                     CLUSTER D501

## HI LEX CORPORATION

### Administrative Fee Settlement

### January 1, 2004 - December 31, 2004

| Mon-Year | Estimated Amount Billed | | | Actual Amount Required | | |
|---|---|---|---|---|---|---|
| | Billed Contracts | Fee | Billed Per Month | Actual Contracts | Fee | Required Per Month |
| Jan-2004 | 1,122 | $35.28 | $39,584 | 1,122 | $35.28 | $39,584 |
| Feb-2004 | 1,122 | $35.28 | $39,584 | 1,122 | $35.28 | $39,584 |
| Mar-2004 | 1,125 | $35.28 | $39,690 | 1,125 | $35.28 | $39,690 |
| Apr-2004 | 1,121 | $35.28 | $39,549 | 1,121 | $35.28 | $39,549 |
| May-2004 | 1,113 | $35.28 | $39,267 | 1,113 | $35.28 | $39,267 |
| Jun-2004 | 1,110 | $35.28 | $39,161 | 1,110 | $35.28 | $39,161 |
| Jul-2004 | 1,102 | $35.28 | $38,879 | 1,102 | $35.28 | $38,879 |
| Aug-2004 | 1,089 | $35.28 | $38,420 | 1,089 | $35.28 | $38,420 |
| Sep-2004 | 1,081 | $35.28 | $38,138 | 1,081 | $35.28 | $38,138 |
| Oct-2004 | 1,066 | $35.28 | $37,608 | 1,066 | $35.28 | $37,608 |
| Nov-2004 | 1,061 | $35.28 | $37,432 | 1,061 | $35.28 | $37,432 |
| Dec-2004 | 1,068 | $35.28 | $37,679 | 1,068 | $35.28 | $37,679 |
| Total | 13,180 | | $464,991 | 13,180 | | $464,991 |

Total Amount Required        $464,991

Total Amount Billed          $464,991

Difference                   $0

Amount Due to HI LEX CORPORATION                    $0

**Blue Cross**
**Blue Shield**
of Michigan

Section  2                                           CLUSTER D501

## HI LEX CORPORATION

### POS Incentive Fee Settlement

### January 1, 2004 - December 31, 2004

| Mon-Year | Estimated Amount Billed | | | Actual Amount Required | | |
|---|---|---|---|---|---|---|
| | Billed Members | Fee | Billed Per Month | Actual Members | Fee | Required Per Month |
| Jan-2004 | 433 | $2.00 | $866 | 433 | $2.00 | $866 |
| Feb-2004 | 412 | $2.00 | $824 | 412 | $2.00 | $824 |
| Mar-2004 | 406 | $2.00 | $812 | 406 | $2.00 | $812 |
| Apr-2004 | 401 | $2.00 | $802 | 401 | $2.00 | $802 |
| May-2004 | 395 | $2.00 | $790 | 395 | $2.00 | $790 |
| Jun-2004 | 396 | $2.00 | $792 | 396 | $2.00 | $792 |
| Jul-2004 | 391 | $2.00 | $782 | 391 | $2.00 | $782 |
| Aug-2004 | 384 | $2.00 | $768 | 384 | $2.00 | $768 |
| Sep-2004 | 380 | $2.00 | $760 | 380 | $2.00 | $760 |
| Oct-2004 | 372 | $2.00 | $744 | 372 | $2.00 | $744 |
| Nov-2004 | 364 | $2.00 | $728 | 364 | $2.00 | $728 |
| Dec-2004 | 364 | $2.00 | $728 | 364 | $2.00 | $728 |
| Total | 4,698 | | $9,396 | 4,698 | | $9,396 |

|  |  |
|---|---|
| Total Amount Required | $9,396 |
| Total Amount Billed | $9,396 |
| Difference | $0 |
| Amount Due to HI LEX CORPORATION | $0 |

**Blue Cross**
**Blue Shield**
of Michigan

Section  3                                    CLUSTER D501

## HI LEX CORPORATION

### Stop Loss Premium Settlement

### January 1, 2004 - December 31, 2004

| | Estimated Amount Billed | | | Actual Amount Required | | |
|---|---|---|---|---|---|---|
| Mon-Year | Billed Contracts | Fee | Billed Per Month | Actual Contracts | Fee | Required Per Month |
| Jan-2004 | 1,122 | $3.52 | $3,949 | 1,122 | $3.52 | $3,949 |
| Feb-2004 | 1,122 | $3.52 | $3,949 | 1,122 | $3.52 | $3,949 |
| Mar-2004 | 1,125 | $3.52 | $3,960 | 1,125 | $3.52 | $3,960 |
| Apr-2004 | 1,121 | $3.52 | $3,946 | 1,121 | $3.52 | $3,946 |
| May-2004 | 1,113 | $3.52 | $3,918 | 1,113 | $3.52 | $3,918 |
| Jun-2004 | 1,110 | $3.52 | $3,907 | 1,110 | $3.52 | $3,907 |
| Jul-2004 | 1,102 | $3.52 | $3,879 | 1,102 | $3.52 | $3,879 |
| Aug-2004 | 1,089 | $3.52 | $3,833 | 1,089 | $3.52 | $3,833 |
| Sep-2004 | 1,081 | $3.52 | $3,805 | 1,081 | $3.52 | $3,805 |
| Oct-2004 | 1,066 | $3.52 | $3,752 | 1,066 | $3.52 | $3,752 |
| Nov-2004 | 1,061 | $3.52 | $3,735 | 1,061 | $3.52 | $3,735 |
| Dec-2004 | 1,068 | $3.52 | $3,759 | 1,068 | $3.52 | $3,759 |
| Total | 13,180 | | $46,392 | 13,180 | | $46,392 |

Total Amount Required                    $46,392

Total Amount Billed                      $46,392

Difference                               $0

Amount Due to HI LEX CORPORATION                                    $0

**Blue Cross**
**Blue Shield**
of Michigan

Section   4                                                CLUSTER D501

HI LEX CORPORATION

Settlement Summary

January 1, 2004 - December 31, 2004

1. Administrative Fee Settlement                                    $0

2. POS Incentive Fee                                               $0

3. Stop Loss Premium Settlement                                    $0

Overpayment                                                        $0

# BLUE CROSS BLUE SHIELD OF MICHIGAN

## ADMINISTRATIVE SERVICES CONTRACT

### SETTLEMENT

FOR THE PERIOD: JANUARY 1, 2005 - DECEMBER 31, 2005

FOR

## HI LEX CORPORATION

## CLUSTER D501

### CONTENTS:

Section   1:   Administrative Fee Settlement
Section   2:   POS Incentive Fee Settlement
Section   3:   Stop Loss Premium Settlement
Section   4:   Settlement Summary
              Schedule A   (FORM 5500)

04/21/2006

Blue Cross Blue Shield of Michigan is an independent licensee of the Blue Cross and Blue Shield Association.

Blue Cross
Blue Shield
of Michigan

Section  1                                              CLUSTER 0501

# HI LEX CORPORATION

## Administrative Fee Settlement

### January 1, 2005 - December 31, 2005

|  | Estimated Amount Billed | | | Actual Amount Required | | |
|---|---|---|---|---|---|---|
| Mon-Year | Billed Contracts | Fee | Billed Per Month | Actual Contracts | Fee | Required Per Month |
| Jan-2005 | 1,066 | $35.28 | $37,608 | 1,066 | $35.28 | $37,608 |
| Feb-2005 | 1,064 | $35.28 | $37,538 | 1,064 | $35.28 | $37,538 |
| Mar-2005 | 1,055 | $35.28 | $37,220 | 1,055 | $35.28 | $37,220 |
| Apr-2005 | 1,045 | $35.28 | $36,868 | 1,045 | $35.28 | $36,868 |
| May-2005 | 1,034 | $35.28 | $36,480 | 1,034 | $35.28 | $36,480 |
| Jun-2005 | 1,034 | $35.28 | $36,480 | 1,034 | $35.28 | $36,480 |
| Jul-2005 | 1,020 | $35.28 | $35,986 | 1,020 | $35.28 | $35,986 |
| Aug-2005 | 1,011 | $35.28 | $35,668 | 1,011 | $35.28 | $35,668 |
| Sep-2005 | 1,002 | $35.28 | $35,351 | 1,002 | $35.28 | $35,351 |
| Oct-2005 | 993 | $35.28 | $35,033 | 993 | $35.28 | $35,033 |
| Nov-2005 | 995 | $35.28 | $35,104 | 995 | $35.28 | $35,104 |
| Dec-2005 | 999 | $35.28 | $35,245 | 999 | $35.28 | $35,245 |
| Total | 12,318 | | $434,581 | 12,318 | | $434,581 |

Total Amount Required                $434,581

Total Amount Billed                  $434,581

Difference                                $0

Amount Due to HI LEX CORPORATION              $0

**Blue Cross**
**Blue Shield**
of Michigan

Section  2                                          CLUSTER D501

HI LEX CORPORATION

POS Incentive Fee Settlement

January 1, 2005 - December 31, 2005

| | Estimated Amount Billed | | | Actual Amount Required | | |
|---|---|---|---|---|---|---|
| Mon-Year | Billed Members | Fee | Billed Per Month | Actual Members | Fee | Required Per Month |
| Jan-2005 | 11 | $2.00 | $22 | 11 | $2.00 | $22 |
| Feb-2005 | 0 | $2.00 | $0 | 0 | $2.00 | $0 |
| Mar-2005 | 0 | $2.00 | $0 | 0 | $2.00 | $0 |
| Apr-2005 | 0 | $0.00 | $0 | 0 | $0.00 | $0 |
| May-2005 | 0 | $0.00 | $0 | 0 | $0.00 | $0 |
| Jun-2005 | 0 | $0.00 | $0 | 0 | $0.00 | $0 |
| Jul-2005 | 0 | $0.00 | $0 | 0 | $0.00 | $0 |
| Aug-2005 | 0 | $0.00 | $0 | 0 | $0.00 | $0 |
| Sep-2005 | 0 | $0.00 | $0 | 0 | $0.00 | $0 |
| Oct-2005 | 0 | $0.00 | $0 | 0 | $0.00 | $0 |
| Nov-2005 | 0 | $0.00 | $0 | 0 | $0.00 | $0 |
| Dec-2005 | 0 | $0.00 | $0 | 0 | $0.00 | $0 |
| Total | 11 | | $22 | 11 | | $22 |

Total Amount Required                          $22

Total Amount Billed                            $22

Difference                                     $0

Amount Due to HI LEX CORPORATION               $0

Blue Cross
Blue Shield
of Michigan

Section 3                                                          CLUSTER 0501

## HI LEX CORPORATION

### Stop Loss Premium Settlement

### January 1, 2005 - December 31, 2005

| | Estimated Amount Billed | | | Actual Amount Required | | |
|---|---|---|---|---|---|---|
| Mon-Year | Billed Contracts | Fee | Billed Per Month | Actual Contracts | Fee | Required Per Month |
| Jan-2005 | 1,066 | $3.93 | $4,189 | 1,066 | $3.93 | $4,189 |
| Feb-2005 | 1,064 | $3.93 | $4,182 | 1,064 | $3.93 | $4,182 |
| Mar-2005 | 1,055 | $3.93 | $4,146 | 1,055 | $3.93 | $4,146 |
| Apr-2005 | 1,045 | $3.93 | $4,107 | 1,045 | $3.93 | $4,107 |
| May-2005 | 1,034 | $3.93 | $4,064 | 1,034 | $3.93 | $4,064 |
| Jun-2005 | 1,034 | $3.93 | $4,064 | 1,034 | $3.93 | $4,064 |
| Jul-2005 | 1,020 | $3.93 | $4,009 | 1,020 | $3.93 | $4,009 |
| Aug-2005 | 1,011 | $3.93 | $3,973 | 1,011 | $3.93 | $3,973 |
| Sep-2005 | 1,002 | $3.93 | $3,938 | 1,002 | $3.93 | $3,938 |
| Oct-2005 | 993 | $3.93 | $3,902 | 993 | $3.93 | $3,902 |
| Nov-2005 | 995 | $3.93 | $3,910 | 995 | $3.93 | $3,910 |
| Dec-2005 | 999 | $3.93 | $3,926 | 999 | $3.93 | $3,926 |
| Total | 12,318 | | $48,410 | 12,318 | | $48,410 |

Total Amount Required         $48,410

Total Amount Billed           $48,410

Difference                        $0

Amount Due to HI LEX CORPORATION      $0

Blue Cross
Blue Shield
of Michigan

Section  4

CLUSTER D501

HI LEX CORPORATION

Settlement Summary

January 1, 2005 - December 31, 2005

1. Administrative Fee Settlement                                    $0

2. POS Incentive Fee                                               $0

3. Stop Loss Premium Settlement                                    $0

Overpayment                                                        $0

BLUE CROSS BLUE SHIELD OF MICHIGAN

ADMINISTRATIVE SERVICES CONTRACT

SETTLEMENT

FOR THE PERIOD: JANUARY 1, 2006 - DECEMBER 31, 2006

FOR

HI LEX CORPORATION

CLUSTER D501

CONTENTS:

Section  1:   Administrative Fee Settlement
Section  2:   Stop Loss Premium Settlement
Section  3:   Settlement Summary
             Schedule A  (FORM 5500)

06/21/2007

Blue Cross Blue Shield of Michigan is an independent licensee of the Blue Cross and Blue Shield Association.

**Blue Cross**
**Blue Shield**
of Michigan

Section  1                                CLUSTER D501

## HI LEX CORPORATION

### Administrative Fee Settlement

### January 1, 2006 - December 31, 2006

|  | Estimated Amount Billed | | | Actual Amount Required | | |
|---|---|---|---|---|---|---|
| Mon-Year | Billed Contracts | Fee | Billed Per Month | Actual Contracts | Fee | Required Per Month |
| Jan-2006 | 1,004 | $34.81 | $34,949 | 1,004 | $34.81 | $34,949 |
| Feb-2006 | 1,001 | $34.81 | $34,845 | 1,001 | $34.81 | $34,845 |
| Mar-2006 | 998 | $34.81 | $34,740 | 998 | $34.81 | $34,740 |
| Apr-2006 | 997 | $34.81 | $34,706 | 997 | $34.81 | $34,706 |
| May-2006 | 976 | $34.81 | $33,975 | 976 | $34.81 | $33,975 |
| Jun-2006 | 994 | $34.81 | $34,601 | 994 | $34.81 | $34,601 |
| Jul-2006 | 999 | $34.81 | $34,775 | 999 | $34.81 | $34,775 |
| Aug-2006 | 1,002 | $34.81 | $34,880 | 1,002 | $34.81 | $34,880 |
| Sep-2006 | 1,005 | $34.81 | $34,984 | 1,005 | $34.81 | $34,984 |
| Oct-2006 | 1,005 | $34.81 | $34,984 | 1,005 | $34.81 | $34,984 |
| Nov-2006 | 1,024 | $34.81 | $35,645 | 1,024 | $34.81 | $35,645 |
| Dec-2006 | 1,040 | $34.81 | $36,202 | 1,040 | $34.81 | $36,202 |
| Total | 12,045 | | $419,286 | 12,045 | | $419,286 |

Total Amount Required          $419,286

Total Amount Billed          $419,286

Difference                    $0

Amount Due to HI LEX CORPORATION          $0

**Blue Cross
Blue Shield**
of Michigan                          Section  2                          CLUSTER D501

## HI LEX CORPORATION

### Stop Loss Premium Settlement

### January 1, 2006 – December 31, 2006

| Mon-Year | Estimated Amount Billed | | | Actual Amount Required | | |
|---|---|---|---|---|---|---|
| | Billed Contracts | Fee | Billed Per Month | Actual Contracts | Fee | Required Per Month |
| Jan-2006 | 1,004 | $4.05 | $4,066 | 1,004 | $4.05 | $4,066 |
| Feb-2006 | 1,001 | $4.05 | $4,054 | 1,001 | $4.05 | $4,054 |
| Mar-2006 | 998 | $4.05 | $4,042 | 998 | $4.05 | $4,042 |
| Apr-2006 | 997 | $4.05 | $4,038 | 997 | $4.05 | $4,038 |
| May-2006 | 976 | $4.05 | $3,953 | 976 | $4.05 | $3,953 |
| Jun-2006 | 994 | $4.05 | $4,026 | 994 | $4.05 | $4,026 |
| Jul-2006 | 999 | $4.05 | $4,046 | 999 | $4.05 | $4,046 |
| Aug-2006 | 1,002 | $4.05 | $4,058 | 1,002 | $4.05 | $4,058 |
| Sep-2006 | 1,005 | $4.05 | $4,070 | 1,005 | $4.05 | $4,070 |
| Oct-2006 | 1,005 | $4.05 | $4,070 | 1,005 | $4.05 | $4,070 |
| Nov-2006 | 1,024 | $4.05 | $4,147 | 1,024 | $4.05 | $4,147 |
| Dec-2006 | 1,040 | $4.05 | $4,212 | 1,040 | $4.05 | $4,212 |
| Total | 12,045 | | $48,782 | 12,045 | | $48,782 |

Total Amount Required          $48,782

Total Amount Billed          $48,782

Difference          $0

Amount Due to HI LEX CORPORATION          $0

**Blue Cross**
**Blue Shield**
of Michigan                    Section  3                    CLUSTER D501

HI LEX CORPORATION

Settlement Summary

January 1, 2006 - December 31, 2006

1. Administrative Fee Settlement                                    $0

2. Stop Loss Premium Settlement                                    $0

Overpayment                                                        $0

BLUE CROSS BLUE SHIELD OF MICHIGAN

ADMINISTRATIVE SERVICES CONTRACT

SETTLEMENT
FOR THE PERIOD: JANUARY 1, 2007 - DECEMBER 31, 2007
FOR
HI LEX CORPORATION
CLUSTER D501

CONTENTS:

Section 1: Administrative Fee Settlement
Section 2: Stop Loss Premium Settlement
Section 3: Settlement Summary
Schedule A  (FORM 5500)

06/04/2008

Blue Cross Blue Shield of Michigan is an independent licensee of the Blue Cross and Blue Shield Association.

**Blue Cross**
**Blue Shield**
of Michigan

Section 1

CLUSTER D501

## HI LEX CORPORATION

### Administrative Fee Settlement

### January 1, 2007 - December 31, 2007

| | Estimated Amount Billed | | | Actual Amount Required | | |
|---|---|---|---|---|---|---|
| Mon-Year | Billed Contracts | Fee | Billed Per Month | Actual Contracts | Fee | Required Per Month |
| Jan-2007 | 1,052 | $34.35 | $36,136 | 1,052 | $34.35 | $36,136 |
| Feb-2007 | 1,049 | $34.35 | $36,033 | 1,049 | $34.35 | $36,033 |
| Mar-2007 | 1,054 | $34.35 | $36,205 | 1,054 | $34.35 | $36,205 |
| Apr-2007 | 1,050 | $34.35 | $36,068 | 1,050 | $34.35 | $36,068 |
| May-2007 | 1,046 | $34.35 | $35,930 | 1,046 | $34.35 | $35,930 |
| Jun-2007 | 1,037 | $34.35 | $35,621 | 1,037 | $34.35 | $35,621 |
| Jul-2007 | 1,041 | $34.35 | $35,758 | 1,041 | $34.35 | $35,758 |
| Aug-2007 | 1,032 | $34.35 | $35,449 | 1,032 | $34.35 | $35,449 |
| Sep-2007 | 1,025 | $34.35 | $35,209 | 1,025 | $34.35 | $35,209 |
| Oct-2007 | 1,019 | $34.35 | $35,003 | 1,019 | $34.35 | $35,003 |
| Nov-2007 | 1,015 | $34.35 | $34,865 | 1,015 | $34.35 | $34,865 |
| Dec-2007 | 1,013 | $34.35 | $34,797 | 1,013 | $34.35 | $34,797 |
| Total | 12,433 | | $427,074 | 12,433 | | $427,074 |

Total Amount Required          $427,074

Total Amount Billed          $427,074

Difference          $0

Amount Due to HI LEX CORPORATION          $0

**Blue Cross**
**Blue Shield**
of Michigan

Section  2                                          CLUSTER D501

## HI LEX CORPORATION

### Stop Loss Premium Settlement

### January 1, 2007 - December 31, 2007

|  | Estimated Amount Billed | | | Actual Amount Required | | |
|---|---|---|---|---|---|---|
| Mon-Year | Billed Contracts | Fee | Billed Per Month | Actual Contracts | Fee | Required Per Month |
| Jan-2007 | 1,052 | $5.17 | $5,439 | 1,052 | $5.17 | $5,439 |
| Feb-2007 | 1,049 | $5.17 | $5,423 | 1,049 | $5.17 | $5,423 |
| Mar-2007 | 1,054 | $5.17 | $5,449 | 1,054 | $5.17 | $5,449 |
| Apr-2007 | 1,050 | $5.17 | $5,429 | 1,050 | $5.17 | $5,429 |
| May-2007 | 1,046 | $5.17 | $5,408 | 1,046 | $5.17 | $5,408 |
| Jun-2007 | 1,037 | $5.17 | $5,361 | 1,037 | $5.17 | $5,361 |
| Jul-2007 | 1,041 | $5.17 | $5,382 | 1,041 | $5.17 | $5,382 |
| Aug-2007 | 1,032 | $5.17 | $5,335 | 1,032 | $5.17 | $5,335 |
| Sep-2007 | 1,025 | $5.17 | $5,299 | 1,025 | $5.17 | $5,299 |
| Oct-2007 | 1,019 | $5.17 | $5,268 | 1,019 | $5.17 | $5,268 |
| Nov-2007 | 1,015 | $5.17 | $5,248 | 1,015 | $5.17 | $5,248 |
| Dec-2007 | 1,013 | $5.17 | $5,237 | 1,013 | $5.17 | $5,237 |
| Total | 12,433 | | $64,278 | 12,433 | | $64,278 |

Total Amount Required          $64,278

Total Amount Billed            $64,278

Difference                     $0

Amount Due to HI LEX CORPORATION                          $0
                                                          ==

**Blue Cross**
**Blue Shield**
of Michigan

**Section   3**                                    **CLUSTER D501**

## HI LEX CORPORATION

### Settlement Summary

### January 1, 2007 - December 31, 2007

1. Administrative Fee Settlement                                    $0

2. Stop Loss Premium Settlement                                    $0

Overpayment                                                        $0

BLUE CROSS BLUE SHIELD OF MICHIGAN

ADMINISTRATIVE SERVICES CONTRACT

SETTLEMENT

FOR THE PERIOD: JANUARY 1, 2008 – DECEMBER 31, 2008

FOR

HI LEX CORPORATION

CLUSTER D501

CONTENTS:

Section 1:   Administrative Fee Settlement
Section 2:   Stop Loss Premium Settlement
Section 3:   Settlement Summary
             Schedule A   (FORM 5500)

04/13/2009

Blue Cross Blue Shield of Michigan is an independent licensee of the Blue Cross and Blue Shield Association.

Blue Cross
Blue Shield
of Michigan                          Section  1                    CLUSTER D501

## HI LEX CORPORATION

### Administrative Fee Settlement

### January 1, 2008 - December 31, 2008

|  | Estimated Amount Billed | | | Actual Amount Required | | |
|---|---|---|---|---|---|---|
| Mon-Year | Billed Contracts | Fee | Billed Per Month | Actual Contracts | Fee | Required Per Month |
| Jan-2008 | 1,022 | $35.03 | $35,801 | 1,022 | $35.03 | $35,801 |
| Feb-2008 | 1,023 | $35.03 | $35,836 | 1,023 | $35.03 | $35,836 |
| Mar-2008 | 1,018 | $35.03 | $35,661 | 1,018 | $35.03 | $35,661 |
| Apr-2008 | 1,012 | $35.03 | $35,450 | 1,012 | $35.03 | $35,450 |
| May-2008 | 1,006 | $35.03 | $35,240 | 1,006 | $35.03 | $35,240 |
| Jun-2008 | 1,005 | $35.03 | $35,205 | 1,005 | $35.03 | $35,205 |
| Jul-2008 | 1,000 | $35.03 | $35,030 | 1,000 | $35.03 | $35,030 |
| Aug-2008 | 996 | $35.03 | $34,890 | 996 | $35.03 | $34,890 |
| Sep-2008 | 994 | $35.03 | $34,820 | 994 | $35.03 | $34,820 |
| Oct-2008 | 980 | $35.03 | $34,329 | 980 | $35.03 | $34,329 |
| Nov-2008 | 969 | $35.03 | $33,944 | 969 | $35.03 | $33,944 |
| Dec-2008 | 965 | $35.03 | $33,804 | 965 | $35.03 | $33,804 |
| Total | 11,990 | | $420,010 | 11,990 | | $420,010 |

Total Amount Required      $420,010

Total Amount Billed        $420,010

Difference                      $0

Amount Due to HI LEX CORPORATION                      $0

Blue Cross
Blue Shield
of Michigan

Section  2                              CLUSTER D501

### HI LEX CORPORATION

### Stop Loss Premium Settlement

### January 1, 2008 - December 31, 2008

| | Estimated Amount Billed | | | Actual Amount Required | | |
|---|---|---|---|---|---|---|
| Mon-Year | Billed Contracts | Fee | Billed Per Month | Actual Contracts | Fee | Required Per Month |
| Jan-2008 | 1,022 | $8.82 | $9,014 | 1,022 | $8.82 | $9,014 |
| Feb-2008 | 1,023 | $8.82 | $9,023 | 1,023 | $8.82 | $9,023 |
| Mar-2008 | 1,018 | $8.82 | $8,979 | 1,018 | $8.82 | $8,979 |
| Apr-2008 | 1,012 | $8.82 | $8,926 | 1,012 | $8.82 | $8,926 |
| May-2008 | 1,006 | $8.82 | $8,873 | 1,006 | $8.82 | $8,873 |
| Jun-2008 | 1,005 | $8.82 | $8,864 | 1,005 | $8.82 | $8,864 |
| Jul-2008 | 1,000 | $8.82 | $8,820 | 1,000 | $8.82 | $8,820 |
| Aug-2008 | 996 | $8.82 | $8,785 | 996 | $8.82 | $8,785 |
| Sep-2008 | 994 | $8.82 | $8,767 | 994 | $8.82 | $8,767 |
| Oct-2008 | 980 | $8.82 | $8,644 | 980 | $8.82 | $8,644 |
| Nov-2008 | 969 | $8.82 | $8,547 | 969 | $8.82 | $8,547 |
| Dec-2008 | 965 | $8.82 | $8,511 | 965 | $8.82 | $8,511 |
| Total | 11,990 | | $105,753 | 11,990 | | $105,753 |

Total Amount Required          $105,753

Total Amount Billed            $105,753

Difference                     $0

Amount Due to HI LEX CORPORATION                     $0

**Blue Cross**
**Blue Shield**
of Michigan                    Section 3                    CLUSTER D501

MI LEX CORPORATION

Settlement Summary

January 1, 2008 - December 31, 2008

1. Administrative Fee Settlement                                    $0

2. Stop Loss Premium Settlement                                    $0

Overpayment                                                        $0

BLUE CROSS BLUE SHIELD OF MICHIGAN

ADMINISTRATIVE SERVICES CONTRACT

SETTLEMENT

FOR THE PERIOD: JANUARY 1, 2009 – DECEMBER 31, 2009

FOR

HI LEX CORPORATION

CLUSTER D501

CONTENTS:

Section  1:  Administrative Fee Settlement
Section  2:  Stop Loss Premium Settlement
Section  3:  Settlement Summary
             Schedule C  (ERISA FORM 5500)

05/10/2010

Blue Cross Blue Shield of Michigan is an independent licensee of the Blue Cross and Blue Shield Association.

**Blue Cross
Blue Shield**
of Michigan

Section  1                                    CLUSTER D501

## HI LEX CORPORATION

### Administrative Fee Settlement

### January 1, 2009 - December 31, 2009

| Mon-Year | Billed Contracts | Fee | Billed Per Month | Actual Contracts | Fee | Required Per Month |
|---|---|---|---|---|---|---|
| | **Estimated Amount Billed** | | | **Actual Amount Required** | | |
| Jan-2009 | 961 | $35.74 | $34,346 | 961 | $35.74 | $34,346 |
| Feb-2009 | 953 | $35.74 | $34,060 | 953 | $35.74 | $34,060 |
| Mar-2009 | 943 | $35.74 | $33,703 | 943 | $35.74 | $33,703 |
| Apr-2009 | 930 | $35.74 | $33,238 | 930 | $35.74 | $33,238 |
| May-2009 | 881 | $35.74 | $31,487 | 881 | $35.74 | $31,487 |
| Jun-2009 | 847 | $35.74 | $30,272 | 847 | $35.74 | $30,272 |
| Jul-2009 | 868 | $35.74 | $31,022 | 868 | $35.74 | $31,022 |
| Aug-2009 | 871 | $35.74 | $31,130 | 871 | $35.74 | $31,130 |
| Sep-2009 | 873 | $35.74 | $31,201 | 873 | $35.74 | $31,201 |
| Oct-2009 | 862 | $35.74 | $30,808 | 862 | $35.74 | $30,808 |
| Nov-2009 | 869 | $35.74 | $31,058 | 869 | $35.74 | $31,058 |
| Dec-2009 | 879 | $35.74 | $31,415 | 879 | $35.74 | $31,415 |
| Total | 10,737 | | $383,740 | 10,737 | | $383,740 |

Total Amount Required      $383,740

Total Amount Billed        $383,740

Difference                      $0

Amount Due to HI LEX CORPORATION                $0

Blue Cross
Blue Shield
of Michigan

Section  2                                CLUSTER D501

## HI LEX CORPORATION

### Stop Loss Premium Settlement

### January 1, 2009 - December 31, 2009

| Mon-Year | Estimated Amount Billed | | | Actual Amount Required | | |
| | Billed Contracts | Fee | Billed Per Month | Actual Contracts | Fee | Required Per Month |
|---|---|---|---|---|---|---|
| Jan-2009 | 961 | $9.60 | $9,226 | 961 | $9.60 | $9,226 |
| Feb-2009 | 953 | $9.60 | $9,149 | 953 | $9.60 | $9,149 |
| Mar-2009 | 943 | $9.60 | $9,053 | 943 | $9.60 | $9,053 |
| Apr-2009 | 930 | $9.60 | $8,928 | 930 | $9.60 | $8,928 |
| May-2009 | 881 | $9.60 | $8,458 | 881 | $9.60 | $8,458 |
| Jun-2009 | 847 | $9.60 | $8,131 | 847 | $9.60 | $8,131 |
| Jul-2009 | 868 | $9.60 | $8,333 | 868 | $9.60 | $8,333 |
| Aug-2009 | 871 | $9.60 | $8,362 | 871 | $9.60 | $8,362 |
| Sep-2009 | 873 | $9.60 | $8,381 | 873 | $9.60 | $8,381 |
| Oct-2009 | 862 | $9.60 | $8,275 | 862 | $9.60 | $8,275 |
| Nov-2009 | 869 | $9.60 | $8,342 | 869 | $9.60 | $8,342 |
| Dec-2009 | 879 | $9.60 | $8,438 | 879 | $9.60 | $8,438 |
| Total | 10,737 | | $103,076 | 10,737 | | $103,076 |

Total Amount Required          $103,076

Total Amount Billed          $103,076

Difference          $0

Amount Due to HI LEX CORPORATION          $0

**Blue Cross**
**Blue Shield**
of Michigan

Section  3                                    CLUSTER D501

HI LEX CORPORATION

Settlement Summary

January 1, 2009 - December 31, 2009

1. Administrative Fee Settlement                                    $0

2. Stop Loss Premium Settlement                                     $0

Overpayment                                                        $0