# EXHIBIT 7

BLUE CROSS AND BLUE SHIELD OF MICHIGAN

ADMINISTRATIVE SERVICES CONTRACT - WEEKLY WIRE

QUARTERLY SETTLEMENT

FOR THE PERIOD: JANUARY, 2008 - MARCH, 2008

WEEKLY PAYMENT DEVELOPMENT

FOR THE PERIOD: JULY, 2008 - SEPTEMBER, 2008

HI LEX CORPORATION

CLUSTER D501

CONTENTS

SECTION 1: CLAIMS EXPERIENCE

SECTION 2: REEVALUATION OF HOSPITAL PREPAYMENT

SECTION 3: PAYMENT COMPARISON

SECTION 4: QUARTERLY SETTLEMENT

SECTION 5: PAYMENT DEVELOPMENT

SECTION 6: PAYMENT SCHEDULE



05/27/2008

Blue Cross Blue Shield of Michigan is an independent licensee of the Blue Cross and Blue Shield Association.

CLUSTER D501

## SECTION 1: CLAIMS EXPERIENCE

### CLAIMS LIABILITY FOR THE SETTLEMENT PERIOD   01/08-03/08

|   | 01/08 | 02/08 | 03/08 | TOTAL |
|---|---|---|---|---|
| 1 BLUE CROSS | $399,897 | $327,106 | $389,431 | $1,116,434 |
| 2 BLUE SHIELD | $226,619 | $210,107 | $203,815 | $640,541 |
| 3 PRESCRIPTION DRUGS | $75,597 | $79,355 | $85,687 | $240,639 |
| 4 DENTAL | $60,119 | $57,252 | $53,626 | $170,997 |
| 5 BENEFITS INVOICED | $762,232 | $673,820 | $732,559 | $2,168,611 |

### CLAIMS LIABILITY FROM PRIOR PERIODS

|   | 04/07-06/07 | 07/07-09/07 | 10/07-12/07 | 12 MONTH SUMMARY 04/07-03/08 |
|---|---|---|---|---|
| 1 BLUE CROSS CHARGES |   |   |   | $8,797,736 |
| 2 LESS: HOSPITAL SAVINGS |   |   |   | $4,265,581- |
| 3 BLUE CROSS | $1,565,276 | $833,285 | $1,017,160 | $4,532,155 |
| 4 BLUE SHIELD | $701,251 | $565,564 | $674,626 | $2,581,982 |
| 5 PRESCRIPTION DRUGS | $254,705 | $287,677 | $301,307 | $1,084,328 |
| 6 DENTAL | $153,932 | $144,029 | $116,488 | $585,446 |
| 7 BENEFITS INVOICED | $2,675,164 | $1,830,555 | $2,109,581 | $8,783,911 |
| 8 LESS: STOP-LOSS CREDIT | $39,688- | $13,252- | $11,158- | $64,098- |
| 9 NET COST | $2,635,476 | $1,817,303 | $2,098,423 | $8,719,813 |
| 10 ANNUAL HOSPITAL SAVINGS | 48.5% |   |   |   |

                                                            CLUSTER D501

SECTION 2: REEVALUATION OF HOSPITAL PREPAYMENT              07/08-09/08

1 HOSPITAL BENEFITS PROCESSED FOR YOUR GROUP IN THE
  SETTLEMENT PERIOD   04/07-03/08:                          $4,532,155

2 LESS: HOSPITAL (BLUE CROSS) STOP-LOSS CREDIT:               $36,546-

3 NET HOSPITAL (BLUE CROSS) CLAIMS INVOICED BY BCBSM IN THE
  SETTLEMENT PERIOD   04/07-03/08:                          $4,495,609

4 ANNUAL HOSPITAL BENEFITS PROJECTED:                       $4,906,058

5 LESS: ADJUSTMENT FOR BENEFIT CHANGES:                      $516,646-

6 NET ANNUAL HOSPITAL BENEFITS PROJECTED:                   $4,389,412

7 HOSPITAL PREPAYMENT FUNDING FOR THE PERIOD 07/08-09/08
  ( 30 DAYS OF EXPECTED HOSPITAL BENEFITS):                   $360,774

8 LESS: HOSPITAL PREPAYMENT FUNDED FOR THE PERIOD 04/08-06/08: $348,909-

9 NET ADJUSTMENT TO HOSPITAL PREPAYMENT FOR THE PERIOD
  07/08-09/08:                                                 $11,865

CLUSTER D501

SECTION 3: PAYMENT COMPARISON                                                01/08-03/08

| PAYMENTS DUE: | | PAYMENTS RECEIVED: | |
|---|---|---|---|
| 01/02/08 | $158,694 | 01/02/08 | $109,380 |
| 01/09/08 | $158,694 | 01/03/08 | $71,372 |
| 01/16/08 | $158,694 | 01/09/08 | $158,694 |
| 01/23/08 | $158,694 | 01/16/08 | $158,694 |
| 01/30/08 | $158,694 | 01/23/08 | $158,694 |
| 02/06/08 | $158,694 | 01/30/08 | $158,694 |
| 02/13/08 | $158,694 | 02/05/08 | $49,314 |
| 02/20/08 | $158,694 | 02/06/08 | $109,380 |
| 02/27/08 | $158,694 | 02/13/08 | $158,694 |
| 03/05/08 | $158,694 | 02/20/08 | $158,694 |
| 03/12/08 | $158,694 | 02/27/08 | $158,694 |
| 03/19/08 | $158,694 | 03/05/08 | $158,694 |
| 03/26/08 | $158,684 | 03/12/08 | $158,694 |
| | | 03/19/08 | $158,694 |
| | | 03/25/08 | $49,314 |
| | | 03/28/08 | $109,374 |
| TOTAL | $2,063,012 | TOTAL | $2,085,074 |

CLUSTER D501

## SECTION 4: QUARTERLY SETTLEMENT FOR PERIOD 01/08-03/08

|  | REVENUE |  |
|---|---|---|
| TOTAL WEEKLY PAYMENTS RECEIVED (SEE SECTION 3) | $2,085,074 | |
| PLUS: SETTLEMENT OVERPAYMENT FROM 07/07-09/07 | $482,791 | |
| TOTAL REVENUE | | $2,567,865 |

|  | EXPENSES |  |
|---|---|---|
| CLAIMS INVOICED (SEE SECTION 1) | $2,168,611 | |
| PLUS: ADJUSTMENT FOR HOSPITAL PREPAYMENT (SEE SECTION 2) | $11,865 | |
| TOTAL CLAIMS EXPENSE | $2,180,476 | |
| TOTAL ADMINISTRATIVE FEE EXPENSE | $107,297 | |

| MONTH | 1 | 2 | 3 |
|---|---|---|---|
| ADMINISTRATIVE FEE | $35.03 | $35.03 | $35.03 |
| ACTUAL # OF CONTRACTS | 1,022 | 1,023 | 1,018 |

TOTAL STOPLOSS FEE EXPENSE $27,016

| MONTH | 1 | 2 | 3 |
|---|---|---|---|
| STOPLOSS FEE | $8.82 | $8.82 | $8.82 |
| ACTUAL # OF CONTRACTS | 1,022 | 1,023 | 1,018 |

LESS: ADJUSTMENT FOR 4Q04DEDCREDIT $672-

TOTAL EXPENSES FOR QUARTER $2,314,117

QUARTERLY OVERPAYMENT $253,748

```
                                                              CLUSTER D501

    SECTION 5: PAYMENT DEVELOPMENT                            07/08-09/08
```

1 BENEFITS INVOICED FOR YOUR GROUP IN THE PERIOD
   04/07-03/08 :                                              $8,783,911

2 LESS: STOP-LOSS CREDIT:                                     $64,098-

3 NET LIABILITIES TO YOUR GROUP IN THE PERIOD
   04/07-03/08 :                                              $8,719,813

4 ANNUAL BENEFITS PROJECTED:                                  $9,483,520

5 LESS: ADJUSTMENT FOR BENEFIT CHANGES:                       $998,278-

6 NET ANNUAL BENEFITS PROJECTED:                              $8,485,242

7 EXPECTED WEEKLY PAYMENT FOR BENEFITS
   ( $8,485,242  /52):                                        $163,178

8 WEEKLY ADMINISTRATIVE FEE:                                  $8,229
            MONTHLY FEE              $35.03
      ESTIMATED MONTHLY CONTRACTS    1,018

9 WEEKLY STOPLOSS FEE:                                        $2,072
            MONTHLY FEE              $8.82
      ESTIMATED MONTHLY CONTRACTS    1,018

10 WEEKLY PAYMENT FOR BENEFITS AND FEES FOR THE QUARTER
   07/08-09/08 (TOTAL OF LINES  7 THROUGH  9):                $173,479

CLUSTER D501

## SECTION 6: PAYMENT SCHEDULE                                              07/08-09/08

| PAYMENT | DATE | CLAIMS & FEES | SETTLEMENT ADJUSTMENT (*) | TOTAL PAYMENT |
|---|---|---|---|---|
| 1 | 07/02/08 | $173,479 | $19,519- | $153,960 |
| 2 | 07/09/08 | $173,479 | $19,519- | $153,960 |
| 3 | 07/16/08 | $173,479 | $19,519- | $153,960 |
| 4 | 07/23/08 | $173,479 | $19,519- | $153,960 |
| 5 | 07/30/08 | $173,479 | $19,519- | $153,960 |
| 6 | 08/06/08 | $173,479 | $19,519- | $153,960 |
| 7 | 08/13/08 | $173,479 | $19,519- | $153,960 |
| 8 | 08/20/08 | $173,479 | $19,519- | $153,960 |
| 9 | 08/27/08 | $173,479 | $19,519- | $153,960 |
| 10 | 09/03/08 | $173,479 | $19,519- | $153,960 |
| 11 | 09/10/08 | $173,479 | $19,519- | $153,960 |
| 12 | 09/17/08 | $173,479 | $19,519- | $153,960 |
| 13 | 09/24/08 | $173,479 | $19,520- | $153,959 |
| TOTAL | | $2,255,227 | $253,748- | $2,001,479 |

* SEE SECTION 4

PLEASE WIRE PAYMENTS TO:

|  BCBSM ACCOUNT | COMERICA |  |
|---|---|---|
|  | 411 W. LAFAYETTE, DETROIT |  |
| WIRE NUMBER | BANK | AMERICAN BANK ASSOC. |

IF THE PAYMENT IS DUE ON A BANK HOLIDAY, PLEASE REMIT ON THE NEXT BUSINESS DAY.