# EXHIBIT 8

**Blue Cross Blue Shield of Michigan**

SCHEDULE A  (FORM 5500)
INSURANCE INFORMATION

GROUP NAME: HI LEX CORPORATION

PART I: Summary of all insurance contracts included in Parts II and III:

1. Welfare Plan/Pension Plan                                    (Determined by your Group)

2. (a) Carrier Name                           BLUE CROSS BLUE SHIELD OF MICHIGAN
   (b) Group Number                                              CLUSTER D501
   (c) Persons Covered                                                  2,892
   (d) Rating Period                                05/01/2002 - 04/30/2003

3. (a) Contract or Identification Number                          CLUSTER D501
   (b) Name and Address of Agent or Broker    (Determined by your Group)
   (c) Amount of Commission Paid                                (Not Applicable)


Part II:   Insured pension plans                                 (Not Applicable)


Part III: Insured Welfare Plans

8. (a) Contract or Identification Number                          CLUSTER D501
   (b) Type of Benefit                                              Health Care
   (c), and (d)                              (Determined by your Group)

9. (a) i  Premiums Earned                    (Determined by your Group)
       ii,iii,iv                                                     $6,799,910

   (b) i    Claims Paid                                              $6,437,524
       ii   Increase (Decrease) in Claim Reserves             (Not Applicable)
       iii & iv  Incurred Claims                              (Not Applicable)

   (c) i (A) Commissions                                       (Not Applicable)
         (B) Administration                                             $386,775
         (C) Other Acquisition                                 (Not Applicable)
         (D) Other Expenses (Mandated subsidy)                                0
         (E) Taxes                                                            0
         (F) Risk and Contingency                              (Not Applicable)
         (G) Other Retention (Late Fee, Stoploss  Premium)             $102,722
         (H) Total Retention Including Stoploss Premium                $489,497

      ii Cash Refunds or Credits
            (Customer Savings Refund, Interest)                         $30,040

   (d) i  Amount held for Benefits after Retirement            (Not Applicable)
       ii Claims Reserves                                      (Not Applicable)
      iii Other (Rate Stabilization Reserves)                  (Not Applicable)

   (e)  Cash Refunds or Credits Due (Excess Claims)                    $127,111

**Blue Cross Blue Shield of Michigan**

SCHEDULE A   (FORM 5500)
INSURANCE INFORMATION

GROUP NAME: HI LEX CORPORATION

PART I: Summary of all insurance contracts included in Parts II and III:

1. Welfare Plan/Pension Plan                              (Determined by your Group)

2. (a) Carrier Name                         BLUE CROSS BLUE SHIELD OF MICHIGAN
   (b) Group Number                                               CLUSTER D501
   (c) Persons Covered                                                   2,859
   (d) Rating Period                                    01/01/2004 - 12/31/2004

3. (a) Contract or Identification Number                           CLUSTER D501
   (b) Name and Address of Agent or Broker        (Determined by your Group)
   (c) Amount of Commission Paid                                 (Not Applicable)

Part II: Insured pension plans                                    (Not Applicable)

Part III: Insured Welfare Plans

8. (a) Contract or Identification Number                           CLUSTER D501
   (b) Type of Benefit                                              Health Care
   (c), and (d)                                      (Determined by your Group)

9. (a) i Premiums Earned                             (Determined by your Group)
       ii,iii,iv                                                     $7,540,422

   (b) i   Claims Paid                                                $7,028,178
       ii  Increase (Decrease) in Claim Reserves             (Not Applicable)
       iii & iv  Incurred Claims                              (Not Applicable)

   (c) i (A) Commissions                                        (Not Applicable)
         (B) Administration                                            $464,991
         (C) Other Acquisition                                 (Not Applicable)
         (D) Other Expenses (Mandated subsidy)                                0
         (E) Taxes                                                            0
         (F) Risk and Contingency                              (Not Applicable)
         (G) Other Retention (Late Fee, Stoploss Premium)              $47,253
         (H) Total Retention Including Stoploss Premium               $512,244

       ii Cash Refunds or Credits
             (Customer Savings Refund, Interest)                       $87,350

   (d) i   Amount held for Benefits after Retirement          (Not Applicable)
       ii  Claims Reserves                                    (Not Applicable)
       iii Other (Rate Stabilization Reserves)                (Not Applicable)

   (e) Cash Refunds or Credits Due (Excess Claims)                          $0

Blue Cross
Blue Shield
of Michigan

SCHEDULE A  (FORM 5500)
INSURANCE INFORMATION

GROUP NAME: HI LEX CORPORATION

PART I: Summary of all insurance contracts included in Parts II and III:

1. Welfare Plan/Pension Plan                              (Determined by your Group)

2. (a) Carrier Name                          BLUE CROSS BLUE SHIELD OF MICHIGAN
   (b) Group Number                                                CLUSTER D501
   (c) Persons Covered                                                    2,650
   (d) Rating Period                                  01/01/2005 - 12/31/2005

3. (a) Contract or Identification Number                         CLUSTER D501
   (b) Name and Address of Agent or Broker      (Determined by your Group)
   (c) Amount of Commission Paid                                (Not Applicable)


Part II: Insured pension plans                                   (Not Applicable)


Part III: Insured Welfare Plans

8. (a) Contract or Identification Number                         CLUSTER D501
   (b) Type of Benefit                                               Health Care
   (c), and (d)                                    (Determined by your Group)

9. (a) i  Premiums Earned                         (Determined by your Group)
        ii, iii, iv                                                  $7,442,652

   (b) i   Claims Paid                                               $6,958,796
       ii  Increase (Decrease) in Claim Reserves             (Not Applicable)
       iii & iv  Incurred Claims                             (Not Applicable)

   (c) i (A) Commissions                                       (Not Applicable)
         (B) Administration                                           $434,581
         (C) Other Acquisition                                (Not Applicable)
         (D) Other Expenses (Mandated subsidy)                              0
         (E) Taxes                                                          0
         (F) Risk and Contingency                             (Not Applicable)
         (G) Other Retention (Late Fee, Stoploss  Premium)           $49,275
         (H) Total Retention Including Stoploss Premium             $483,856

       ii Cash Refunds or Credits
             (Customer Savings Refund, Interest)                     $79,511

   (d) i  Amount held for Benefits after Retirement          (Not Applicable)
       ii Claims Reserves                                     (Not Applicable)
       iii Other (Rate Stabilization Reserves)                (Not Applicable)

   (e) Cash Refunds or Credits Due (Excess Claims)                        $0

**Blue Cross Blue Shield of Michigan**

SCHEDULE A (FORM 5500)
INSURANCE INFORMATION

GROUP NAME: HI LEX CORPORATION

PART I: Summary of all insurance contracts included in Parts II and III:

1. Welfare Plan/Pension Plan — (Determined by your Group)

2. (a) Carrier Name — BLUE CROSS BLUE SHIELD OF MICHIGAN
   (b) Group Number — CLUSTER D501
   (c) Persons Covered — 0
   (d) Rating Period — 01/01/2006 - 12/31/2006

3. (a) Contract or Identification Number — CLUSTER D501
   (b) Name and Address of Agent or Broker — (Determined by your Group)
   (c) Amount of Commission Paid — (Not Applicable)

Part II: Insured pension plans — (Not Applicable)

Part III: Insured Welfare Plans

8. (a) Contract or Identification Number — CLUSTER D501
   (b) Type of Benefit — Health Care
   (c), and (d) — (Determined by your Group)

9. (a) i Premiums Earned — (Determined by your Group)
       ii,iii,iv — $8,546,234

   (b) 1 Claims Paid — $8,075,368
       ii Increase (Decrease) in Claim Reserves — (Not Applicable)
       iii & iv Incurred Claims — (Not Applicable)

   (c) 1 (A) Commissions — (Not Applicable)
       (B) Administration — $419,286
       (C) Other Acquisition — (Not Applicable)
       (D) Other Expenses (Mandated subsidy) — 0
       (E) Taxes — 0
       (F) Risk and Contingency — (Not Applicable)
       (G) Other Retention (Late Fee, Stoploss Premium) — $51,580
       (H) Total Retention Including Stoploss Premium — $470,866

       ii Cash Refunds or Credits
          (Customer Savings Refund, Interest) — $103,593

   (d) i Amount held for Benefits after Retirement — (Not Applicable)
       ii Claims Reserves — (Not Applicable)
       iii Other (Rate Stabilization Reserves) — (Not Applicable)

   (e) Cash Refunds or Credits Due (Excess Claims) — $0

Blue Cross Blue Shield of Michigan

SCHEDULE A (FORM 5500)
INSURANCE INFORMATION

GROUP NAME: HI LEX CORPORATION

PART I: Summary of all insurance contracts included in Parts II and III:

1. Welfare Plan/Pension Plan　　　　　　　　　　　(Determined by your Group)

2. (a) Carrier Name　　　　　　　　　　BLUE CROSS BLUE SHIELD OF MICHIGAN
   (b) Group Number　　　　　　　　　　　　　　　　　　　　CLUSTER D501
   (c) Persons Covered　　　　　　　　　　　　　　　　　　　　　　2,650
   (d) Rating Period　　　　　　　　　　　　　　01/01/2007 - 12/31/2007

3. (a) Contract or Identification Number　　　　　　　　　　CLUSTER D501
   (b) Name and Address of Agent or Broker　(Determined by your Group)
   (c) Amount of Commission Paid　　　　　　　　　　　　　　　　　$27

Part II: Insured pension plans　　　　　　　　　　　　　　(Not Applicable)


Part III: Insured Welfare Plans

8. (a) Contract or Identification Number　　　　　　　　　　CLUSTER D501
   (b) Type of Benefit　　　　　　　　　　　　　　　　　　　Health Care
   (c), and (d)　　　　　　　　　　　　　　　(Determined by your Group)

9. (a) i Premiums Earned　　　　　　　　　　(Determined by your Group)
       ii,iii,iv　　　　　　　　　　　　　　　　　　　　　　$9,273,623

   (b) i　Claims Paid　　　　　　　　　　　　　　　　　　　$8,846,369
       ii　Increase (Decrease) in Claim Reserves　　　(Not Applicable)
       iii & iv　Incurred Claims　　　　　　　　　　　(Not Applicable)

   (c) i (A) Commissions　　　　　　　　　　　　　　　　(Not Applicable)
         (B) Administration　　　　　　　　　　　　　　　　　　$427,074
         (C) Other Acquisition　　　　　　　　　　　　　(Not Applicable)
         (D) Other Expenses (Mandated subsidy)　　　　　　　　　　　0
         (E) Taxes　　　　　　　　　　　　　　　　　　　　　　　　　0
         (F) Risk and Contingency　　　　　　　　　　　(Not Applicable)
         (G) Other Retention (Late Fee, Stoploss Premium)　　$64,278
         (H) Total Retention Including Stoploss Premium　　　$491,352

       ii Cash Refunds or Credits
              (Customer Savings Refund, Interest)　　　　　　　$100,613

   (d) i Amount held for Benefits after Retirement　(Not Applicable)
       ii Claims Reserves　　　　　　　　　　　　　　　(Not Applicable)
       iii Other (Rate Stabilization Reserves)　　　　(Not Applicable)

   (e) Cash Refunds or Credits Due (Excess Claims)　　　　　　$64,098

Blue Cross
Blue Shield
of Michigan

SCHEDULE A   (FORM 5500)
INSURANCE INFORMATION

GROUP NAME: HI LEX CORPORATION

PART I: Summary of all insurance contracts included in Parts II and III:

1. Welfare Plan/Pension Plan                          (Determined by your Group)

2. (a) Carrier Name                       BLUE CROSS BLUE SHIELD OF MICHIGAN
   (b) Group Number                                              CLUSTER D501
   (c) Persons Covered                                                  2,484
   (d) Rating Period                               01/01/2008 - 12/31/2008

3. (a) Contract or Identification Number                          CLUSTER D501
   (b) Name and Address of Agent or Broker      (Determined by your Group)
   (c) Amount of Commission Paid                                         $179

Part II:  Insured pension plans                                (Not Applicable)

Part III: Insured Welfare Plans

8. (a) Contract or Identification Number                          CLUSTER D501
   (b) Type of Benefit                                              Health Care
   (c), and (d)                                    (Determined by your Group)

9. (a) i Premiums Earned                          (Determined by your Group)
       ii, iii, iv                                                  $9,030,186

   (b) i   Claims Paid                                              $8,944,593
       ii  Increase (Decrease) in Claim Reserves           (Not Applicable)
       iii & iv  Incurred Claims                           (Not Applicable)

   (c) i (A) Commissions                                   (Not Applicable)
         (B) Administration                                          $420,010
         (C) Other Acquisition                            (Not Applicable)
         (D) Other Expenses (Mandated subsidy)                             0
         (E) Taxes                                                         0
         (F) Risk and Contingency                         (Not Applicable)
         (G) Other Retention (Late Fee, Stoploss Premium)          $107,936
         (H) Total Retention Including Stoploss Premium            $527,946

       ii Cash Refunds or Credits
              (Customer Savings Refund, Interest)                    $80,304

   (d) i Amount held for Benefits after Retirement         (Not Applicable)
       ii Claims Reserves                                  (Not Applicable)
       iii Other (Rate Stabilization Reserves)             (Not Applicable)

   (e) Cash Refunds or Credits Due (Excess Claims)                  $442,353