UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BORROUGHS CORPORATION and
BORROUGHS CORPORATION EMPLOYEE
BENEFIT PLAN,

      Plaintiffs,

v.

BLUE CROSS AND BLUE SHIELD OF
MICHIGAN,

      Defendant.

Case No. 2:11-cv-12565-VAR-PJK

Honorable Victoria A. Roberts
Magistrate Judge Paul J. Komives

HI-LEX CONTROLS INCORPORATED,
HI-LEX AMERICA, INCORPORATED and
HI-LEX CORPORATION HEALTH AND
WELFARE PLAN,

      Plaintiffs,

v.

BLUE CROSS AND BLUE SHIELD OF
MICHIGAN,

      Defendant.

Case No: 2:11-cv-12557- VAR-PJK

Honorable Victoria A. Roberts
Magistrate Judge Paul J. Komives

## ORDER REGARDING PLAINTIFFS' FIRST AND SECOND MOTIONS TO COMPEL DISCOVERY

The Court held oral argument on Plaintiffs' First and Second Motions to Compel Discovery on March 9, 2012 and hereby orders the following:

1. Defendant shall produce to Plaintiffs all of Defendant's answers to interrogatories served in all other cases concerning Access Fees by April 9, 2012.

2. Defendant shall make available to Plaintiffs' consultant a person knowledgeable about claims data possessed by Defendant that relates to Plaintiffs and the parties shall discuss,

in good faith, issues surrounding the production of data from Defendant to Plaintiffs. If the parties cannot agree to terms for production of the data to Plaintiffs, then the Court will re-set a hearing on this issue at the request of either party.

      3.      The Court will hold in abeyance decision on Plaintiffs' Motion as it relates to their First Request for Production of Documents Nos. 21-26, Third Request for Production of Documents Nos. 1-5, and Third Set of Interrogatories Nos. 2-4, until the initial expert report deadline of April 24, 2012. If, after reviewing Defendant's expert report, the parties cannot agree to terms for production of the requested documents and information, the Court will take up this issue. Plaintiffs shall so notify the Court by filing a supplemental brief and Defendant my file a supplemental response brief within 7 days of service of Plaintiffs' brief.

      4.      Other issues raised by Plaintiffs' First and Second Motions to Compel were addressed as set forth on the record.

Approved as to Form Only:

| Counsel for Plaintiffs | Counsel for Defendant |
|---|---|
| By: /s/ Aaron M. Phelps | By: /s/ Matthew R. Rechtien |
|     Aaron M. Phelps (P64790) |     Matthew R. Rechtien (P71271) |
|     **VARNUM LLP** |     **BODMAN PLC** |
|     333 Bridge Street NW – Suite 1700 |     201 S. Division Street – Suite 400 |
|     Grand Rapids, MI 49504 |     Ann Arbor, MI 48104 |
|     amphelps@varnumlaw.com |     mrechtien@bodmanlaw.com |

**IT IS SO ORDERED.**

Dated: March 30, 2012                        s/Paul J. Komives
                                                                   Paul J. Komives
                                                                    United States Magistrate Judge