**PLAINTIFFS' INDEX OF EXHIBITS TO
PLAINTIFFS' RESPONSE TO DEFENDANT'S OBJECTIONS
TO MAGISTRATE JUDGE'S APRIL 12, 2012 ORDER**

1. *Hennigan v. Gen. Elec. Co.*, No. 09-11912, 2010 WL 4179376 (E.D. Mich. Oct. 20, 2010) (Roberts, J.)

2. Plaintiffs' First Request for Admissions, Interrogatories and Document Requests ("Plaintiffs' Discovery Requests")

5173473_1.DOC