# EXHIBIT C

**MATTHEW R. RECHTIEN**
MRECHTIEN@BODMANLAW.COM
313-393-7534

BODMAN PLC
6TH FLOOR AT FORD FIELD
1901 ST. ANTOINE STREET
DETROIT, MICHIGAN 48226
313-393-7579 FAX
313-259-7777



May 23, 2012

**VIA FIRST CLASS MAIL AND EMAIL**

Aaron M. Phelps, Esq.
Varnum
Bridgewater Place, P.O. Box 352
Grand Rapids, MI 49501
amphelps@varnumlaw.com

Re: *Borroughs Corporation v. Blue Cross & Blue Shield of Michigan*
United States District Court Case Nos. 11-cv-12565
*Hi-Lex Controls, Inc. v. Blue Cross & Blue Shield of Michigan*
United States District Court Case Nos. 11-cv-12557

Dear Aaron:

This responds to your May 18, 2012 letter.

To answer your first question, as our prior filings in these cases have indicated, the emails now under review are the fruits of Blue Cross's search of its email archive for emails containing any one of the 21 former or current Blue Cross employees, and any one of the 7 terms or phrases that you identified in your February 10 letter.

To answer your second question, Blue Cross is reviewing these emails for: 1) privilege, 2) confidentiality and 3) responsiveness to the March 16, 2012 letter, which is the basis of the subject order. Assuming that any confidentiality issues can be dealt with through the protective order, Blue Cross will produce all non-privileged emails that are responsive to the March 16, 2012 letter. If responsive, non-privileged emails contain confidential materials that cannot be so handled, Blue Cross will bring those to your attention to reach an agreement on how to proceed.

Thank you for your attention to this matter. Please let us know if you have further questions or concerns.

Very truly yours,

Matthew R. Rechtien
MRR/ab

cc: G. Christopher Bernard, Jason R. Gourley, Joseph T. Muzingo

DETROIT  |  TROY  |  ANN ARBOR  |  CHEBOYGAN  |  DALLAS

Detroit_1190952_1