UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BORROUGHS CORPORATION, AND
BORROUGHS CORPORATION
EMPLOYEE BENEFIT PLAN,

    Plaintiffs,

vs                                             Case No: 11-12565
                                               Honorable Victoria A. Roberts

BLUE CROSS BLUE SHIELD OF
MICHIGAN,

    Defendant.

and

HI-LEX CONTROLS, INCORPORATED,
HI-LEX CORPORATON and HI-LEX
CORPORATION HEALTH AND WELFARE
PLAN,

    Plaintiffs,

vs                                              Case No: 11-12557
                                               Honorable Victoria A. Roberts

BLUE CROSS BLUE SHIELD OF
MICHIGAN

    Defendants.
_____/

## ORDER DENYING DEFENDANT'S MOTION TO CERTIFY FOR INTERLOCUTORY APPEAL UNDER 28 U.S.C.§ 1292(b)

Defendant filed the above entitled motion. It is fully briefed and the Court heard oral argument on Monday, October 22, 2012. For the reasons stated on the record, the motion is **DENIED.**

**IT IS ORDERED**.

/s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: October 23, 2012

| |
|---|
| The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on October 23, 2012.<br><br>s/Linda Vertriest<br>Deputy Clerk |