UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HI-LEX CONTROLS INCORPORATED,
HI-LEX AMERICA, INCORPORATED and
HI-LEX CORPORATION HEALTH AND
WELFARE PLAN,

        Plaintiffs,        Case No: 11-12557

v.

        Hon. Victoria A. Roberts

BLUE CROSS AND BLUE SHIELD OF
MICHIGAN,

        Defendant.
_____/

**ORDER (1) ADOPTING THE REPORT AND CERTIFICATION OF SPECIAL MASTER; (2) GRANTING IN PART DEFENDANT'S OBJECTIONS TO THE MAGISTRATE JUDGE'S APRIL 12, 2013 ORDER; AND (3) SETTING ASIDE IN PART THE MAGISTRATE JUDGE'S ORDER**

This matter is before the Court on the parties' discovery dispute regarding Defendant's assertion of privilege to documents attached to privileged communications. On April 18, 2013, the Court ordered the appointment of a Special Master to assist with this dispute, (Doc. 228).

The Court **ADOPTS** the Report and Certification of Special Master. Pursuant to it and the Court's April 18, 2013 Order, Defendant:

    (1) Must produce 29 of the 50 documents selected by Plaintiffs;

    (2) Must produce 2 of the 50 documents selected by Defendant;

    (3) Must produce 30 of the 200 documents randomly selected; but

    (4) **Need not** produce the balance of the disputed documents.

1

Defendant must comply with this order immediately.

With entry of this order, the Court **GRANTS IN PART** Defendant's objections to the Magistrate Judge's April 12, 2013 Order, (Doc. 215), and **SETS ASIDE** the part of the Magistrate Judge's Order that requires Defendant to produce all of these disputed documents and waives their privilege, (Doc. 212). *See* Fed. R. Civ. P. 72(a). The Court finds that was clearly erroneous.

    **IT IS ORDERED.**

                                      S/Victoria A. Roberts
                                      Victoria A. Roberts
                                      United States District Judge

Dated: April 19, 2013

> The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on April 19, 2013.
>
> S/Carol A. Pinegar
> Deputy Clerk

ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HI-LEX CONTROLS INCORPORATED, HI-LEX CORPORATION and HI-LEX CORPORATION HEALTH AND WELFARE PLAN, | Case No. 2:11-cv-12557-VAR-PJK<br>Honorable Victoria A. Roberts<br>Magistrate Judge Paul A. Komives |
| Plaintiffs, | |
| vs. | |
| BLUE CROSS AND BLUE SHIELD OF MICHIGAN, | |
| Defendant. | |
| and | |
| BORROUGHS CORPORATION and BORROUGHS CORPORATION EMPLOYEE BENEFIT PLAN, | Case No. 2:11-cv-12565-VAR-PJK<br>Honorable Victoria A. Roberts<br>Magistrate Judge Paul A. Komives |
| Plaintiffs, | |
| vs. | |
| BLUE CROSS BLUE SHIELD OF MICHIGAN, | |
| Defendant. | |

## REPORT AND CERTIFICATION
## OF SPECIAL MASTER

GEORGE J. BEDROSIAN, having been appointed to serve as a Special Master in the above entitled matter submits the following report to this Honorable Court.

Pursuant to the Court's Order Appointing Special Master, the Special Master reviewed fifty (50) attachments submitted by Plaintiffs; fifty (50) attachments submitted by Defendant; and two hundred (200) attachments randomly selected by the Special Master. These documents are outlined in the lists attached to and incorporated in this Report.

The decision of the Special Master as to whether the above described attachments are "privileged" or "not privileged" is indicated with each attachment number.

Respectfully submitted,

GEORGE J. BEDROSIAN
Special Master

DATED: April 19, 2013

| No. | Selection criteria | Privilege Log | Privileged | Not Privileged |
|---|---|---|---|---|
| 1.) | Selected by Plaintiff | PRIV0039 | x | |
| 2.) | Selected by Plaintiff | PRIV0179 | x | |
| 3.) | Selected by Plaintiff | PRIV0187 | x | |
| 4.) | Selected by Plaintiff | PRIV0191 | x | |
| 5.) | Selected by Plaintiff | PRIV0555 | x | |
| 6.) | Selected by Plaintiff | PRIV2107 | | x |
| 7.) | Selected by Plaintiff | PRIV2158 | | x |
| 8.) | Selected by Plaintiff | PRIV2298 | x | |
| 9.) | Selected by Plaintiff | PRIV2310 | x | |
| 10.) | Selected by Plaintiff | PRIV2311 | x | |
| 11.) | Selected by Plaintiff | PRIV2348 | x | |
| 12.) | Selected by Plaintiff | PRIV2471 | | x |
| 13.) | Selected by Plaintiff | PRIV2543 | | x |
| 14.) | Selected by Plaintiff | PRIV2544 | x | |
| 15.) | Selected by Plaintiff | PRIV2556 | x | |
| 16.) | Selected by Plaintiff | PRIV2597 | | x |
| 17.) | Selected by Plaintiff | PRIV2642 | | x |
| 18.) | Selected by Plaintiff | PRIV4169 | x | |
| 19.) | Selected by Plaintiff | PRIV4963 | | x |
| 20.) | Selected by Plaintiff | PRIV6309 | x | |
| 21.) | Selected by Plaintiff | PRIV6313 | x | |
| 22.) | Selected by Plaintiff | PRIV6318 | x | |
| 23.) | Selected by Plaintiff | PRIV6319 | | x |
| 24.) | Selected by Plaintiff | PRIV6320 | x | |
| 25.) | Selected by Plaintiff | PRIV6321 | x | |
| 26.) | Selected by Plaintiff | PRIV6322 | | x |
| 27.) | Selected by Plaintiff | PRIV6323 | | x |
| 28.) | Selected by Plaintiff | PRIV6324 | | x |
| 29.) | Selected by Plaintiff | PRIV6325 | | x |
| 30.) | Selected by Plaintiff | PRIV6326 | x | |
| 31.) | Selected by Plaintiff | PRIV6327 | | x |
| 32.) | Selected by Plaintiff | PRIV6328 | x | |
| 33.) | Selected by Plaintiff | PRIV6329 | | x |
| 34.) | Selected by Plaintiff | PRIV6330 | | x |
| 35.) | Selected by Plaintiff | PRIV6331 | | x |
| 36.) | Selected by Plaintiff | PRIV6332 | | x |
| 37.) | Selected by Plaintiff | PRIV6333 | | x |
| 38.) | Selected by Plaintiff | PRIV6334 | | x |
| 39.) | Selected by Plaintiff | PRIV6335 | | x |
| 40.) | Selected by Plaintiff | PRIV6336 | | x |
| 41.) | Selected by Plaintiff | PRIV6337 | | x |
| 42.) | Selected by Plaintiff | PRIV6339 | x | |
| 43.) | Selected by Plaintiff | PRIV6340 | | x |

| No. | Selection criteria | Privilege Log | Privileged | Not Privileged |
|---|---|---|---|---|
| 44.) | Selected by Plaintiff | PRIV6341 | | x |
| 45.) | Selected by Plaintiff | PRIV6342 | | x |
| 46.) | Selected by Plaintiff | PRIV6343 | | x |
| 47.) | Selected by Plaintiff | PRIV6344 | | x |
| 48.) | Selected by Plaintiff | PRIV6345 | | x |
| 49.) | Selected by Plaintiff | PRIV6346 | | x |
| 50.) | Selected by Plaintiff | PRIV6348 | x | |

| No. | Selection criteria | Privilege Log | Privileged | Not Privileged |
|---|---|---|---|---|
| 1.) | Selected by Defendant | PRIV0119 |  | x |
| 2.) | Selected by Defendant | PRIV0122 | x |  |
| 3.) | Selected by Defendant | PRIV0168 | x |  |
| 4.) | Selected by Defendant | PRIV0200 | x |  |
| 5.) | Selected by Defendant | PRIV0263 | x |  |
| 6.) | Selected by Defendant | PRIV0283 | x |  |
| 7.) | Selected by Defendant | PRIV0386 | x |  |
| 8.) | Selected by Defendant | PRIV0388 | x |  |
| 9.) | Selected by Defendant | PRIV0514 | x |  |
| 10.) | Selected by Defendant | PRIV0521 | x |  |
| 11.) | Selected by Defendant | PRIV0632 | x |  |
| 12.) | Selected by Defendant | PRIV0796 | x |  |
| 13.) | Selected by Defendant | PRIV1149 | x |  |
| 14.) | Selected by Defendant | PRIV1216 | x |  |
| 15.) | Selected by Defendant | PRIV1416 | x |  |
| 16.) | Selected by Defendant | PRIV1654 | x |  |
| 17.) | Selected by Defendant | PRIV1767 | x |  |
| 18.) | Selected by Defendant | PRIV1831 | x |  |
| 19.) | Selected by Defendant | PRIV1848 | x |  |
| 20.) | Selected by Defendant | PRIV2228 | x |  |
| 21.) | Selected by Defendant | PRIV2307 | x |  |
| 22.) | Selected by Defendant | PRIV2319 | x |  |
| 23.) | Selected by Defendant | PRIV2467 | x |  |
| 24.) | Selected by Defendant | PRIV4604 | x |  |
| 25.) | Selected by Defendant | PRIV5036 | x |  |
| 26.) | Selected by Defendant | PRIV5071 | x |  |
| 27.) | Selected by Defendant | PRIV5151 | x |  |
| 28.) | Selected by Defendant | PRIV5170 | x |  |
| 29.) | Selected by Defendant | PRIV5172 | x |  |
| 30.) | Selected by Defendant | PRIV6508 | x |  |
| 31.) | Selected by Defendant | PRIV6522 | x |  |
| 32.) | Selected by Defendant | PRIV6523 | x |  |
| 33.) | Selected by Defendant | PRIV6526 | x |  |
| 34.) | Selected by Defendant | PRIV6528 | x |  |
| 35.) | Selected by Defendant | PRIV6529 | x |  |
| 36.) | Selected by Defendant | PRIV6530 | x |  |
| 37.) | Selected by Defendant | PRIV6531 | x |  |
| 38.) | Selected by Defendant | PRIV6540 | x |  |
| 39.) | Selected by Defendant | PRIV6541 | x |  |
| 40.) | Selected by Defendant | PRIV6542 | x |  |
| 41.) | Selected by Defendant | PRIV6543 | x |  |
| 42.) | Selected by Defendant | PRIV6563 | x |  |
| 43.) | Selected by Defendant | PRIV7153 | x |  |

| No. | Selection criteria | Privilege Log | Privileged | Not Privileged |
|---|---|---|---|---|
| 44.) | Selected by Defendant | PRIV6608 | x | |
| 45.) | Selected by Defendant | PRIV6680 | | x |
| 46.) | Selected by Defendant | PRIV6737 | x | |
| 47.) | Selected by Defendant | PRIV6875 | x | |
| 48.) | Selected by Defendant | PRIV6983 | x | |
| 49.) | Selected by Defendant | PRIV7242 | x | |
| 50.) | Selected by Defendant | PRIV9536 | x | |

| No. | Selection criteria | Privilege Log | Privileged | Not Privileged |
|---|---|---|---|---|
| 1.) | Randomly selected | PRIV0002 | x | |
| 2.) | Randomly selected | PRIV0003 | x | |
| 3.) | Randomly selected | PRIV8976 | x | |
| 4.) | Randomly selected | PRIV3417 | x | |
| 5.) | Randomly selected | PRIV8839 | x | |
| 6.) | Randomly selected | PRIV8553 | x | |
| 7.) | Randomly selected | PRIV0036 | x | |
| 8.) | Randomly selected | PRIV8557 | x | |
| 9.) | Randomly selected | PRIV8190 | x | |
| 10.) | Randomly selected | PRIV5151 | x | |
| 11.) | Randomly selected | PRIV8051 | x | |
| 12.) | Randomly selected | PRIV8052 | x | |
| 13.) | Randomly selected | PRIV8054 | x | |
| 14.) | Randomly selected | PRIV8055 | x | |
| 15.) | Randomly selected | PRIV5308 | x | |
| 16.) | Randomly selected | PRIV5309 | x | |
| 17.) | Randomly selected | PRIV5316 | x | |
| 18.) | Randomly selected | PRIV5317 | x | |
| 19.) | Randomly selected | PRIV2438 | x | |
| 20.) | Randomly selected | PRIV2441 | x | |
| 21.) | Randomly selected | PRIV0057 | x | |
| 22.) | Randomly selected | PRIV0058 | x | |
| 23.) | Randomly selected | PRIV9069 | x | |
| 24.) | Randomly selected | PRIV9071 | x | |
| 25.) | Randomly selected | PRIV9072 | x | |
| 26.) | Randomly selected | PRIV0063 | | x |
| 27.) | Randomly selected | PRIV7564 | x | |
| 28.) | Randomly selected | PRIV4511 | x | |
| 29.) | Randomly selected | PRIV8057 | x | |
| 30.) | Randomly selected | PRIV6471 | x | |
| 31.) | Randomly selected | PRIV7953 | x | |
| 32.) | Randomly selected | PRIV6478 | | x |
| 33.) | Randomly selected | PRIV5359 | x | |
| 34.) | Randomly selected | PRIV4524 | x | |
| 35.) | Randomly selected | PRIV4526 | x | |
| 36.) | Randomly selected | PRIV4528 | x | |
| 37.) | Randomly selected | PRIV4534 | x | |
| 38.) | Randomly selected | PRIV8861 | | x |
| 39.) | Randomly selected | PRIV2460 | | x |
| 40.) | Randomly selected | PRIV4544 | x | |
| 41.) | Randomly selected | PRIV7592 | x | |
| 42.) | Randomly selected | PRIV2836 | x | |
| 43.) | Randomly selected | PRIV3541 | x | |

| No. | Selection criteria | Privilege Log | Privileged | Not Privileged |
|---|---|---|---|---|
| 44.) | Randomly selected | PRIV8228 | x | |
| 45.) | Randomly selected | PRIV6503 | x | |
| 46.) | Randomly selected | PRIV9082 | x | |
| 47.) | Randomly selected | PRIV0185 | x | |
| 48.) | Randomly selected | PRIV3543 | x | |
| 49.) | Randomly selected | PRIV0187 | x | |
| 50.) | Randomly selected | PRIV5372 | x | |
| 51.) | Randomly selected | PRIV2837 | x | |
| 52.) | Randomly selected | PRIV6510 | x | |
| 53.) | Randomly selected | PRIV6511 | x | |
| 54.) | Randomly selected | PRIV0200 | x | |
| 55.) | Randomly selected | PRIV0202 | x | |
| 56.) | Randomly selected | PRIV9084 | x | |
| 57.) | Randomly selected | PRIV5376 | x | |
| 58.) | Randomly selected | PRIV6522 | x | |
| 59.) | Randomly selected | PRIV6523 | x | |
| 60.) | Randomly selected | PRIV6537 | x | |
| 61.) | Randomly selected | PRIV6538 | x | |
| 62.) | Randomly selected | PRIV7016 | x | |
| 63.) | Randomly selected | PRIV7017 | x | |
| 64.) | Randomly selected | PRIV7018 | x | |
| 65.) | Randomly selected | PRIV7019 | x | |
| 66.) | Randomly selected | PRIV7020 | x | |
| 67.) | Randomly selected | PRIV5785 | x | |
| 68.) | Randomly selected | PRIV5786 | x | |
| 69.) | Randomly selected | PRIV5787 | x | |
| 70.) | Randomly selected | PRIV1199 | x | |
| 71.) | Randomly selected | PRIV2000 | x | |
| 72.) | Randomly selected | PRIV2001 | x | |
| 73.) | Randomly selected | PRIV3951 | x | |
| 74.) | Randomly selected | PRIV3952 | x | |
| 75.) | Randomly selected | PRIV3953 | x | |
| 76.) | Randomly selected | PRIV1257 | | x |
| 77.) | Randomly selected | PRIV1258 | | x |
| 78.) | Randomly selected | PRIV1259 | | x |
| 79.) | Randomly selected | PRIV4778 | | x |
| 80.) | Randomly selected | PRIV4779 | | x |
| 81.) | Randomly selected | PRIV0470 | | x |
| 82.) | Randomly selected | PRIV4781 | | x |
| 83.) | Randomly selected | PRIV8930 | | x |
| 84.) | Randomly selected | PRIV8931 | | x |
| 85.) | Randomly selected | PRIV6967 | x | |
| 86.) | Randomly selected | PRIV6968 | x | |

| No. | Selection criteria | Privilege Log | Privileged | Not Privileged |
|---|---|---|---|---|
| 87.) | Randomly selected | PRIV6969 | x | |
| 88.) | Randomly selected | PRIV6970 | x | |
| 89.) | Randomly selected | PRIV6971 | x | |
| 90.) | Randomly selected | PRIV6972 | x | |
| 91.) | Randomly selected | PRIV1033 | x | |
| 92.) | Randomly selected | PRIV1034 | x | |
| 93.) | Randomly selected | PRIV1035 | x | |
| 94.) | Randomly selected | PRIV1036 | x | |
| 95.) | Randomly selected | PRIV3886 | | x |
| 96.) | Randomly selected | PRIV3887 | | x |
| 97.) | Randomly selected | PRIV6998 | x | |
| 98.) | Randomly selected | PRIV6999 | x | |
| 99.) | Randomly selected | PRIV7000 | x | |
| 100.) | Randomly selected | PRIV1098 | x | |
| 101.) | Randomly selected | PRIV1099 | x | |
| 102.) | Randomly selected | PRIV1100 | x | |
| 103.) | Randomly selected | PRIV1101 | x | |
| 104.) | Randomly selected | PRIV5768 | x | |
| 105.) | Randomly selected | PRIV5769 | x | |
| 106.) | Randomly selected | PRIV5770 | x | |
| 107.) | Randomly selected | PRIV5771 | x | |
| 108.) | Randomly selected | PRIV5772 | x | |
| 109.) | Randomly selected | PRIV5703 | x | |
| 110.) | Randomly selected | PRIV5704 | x | |
| 111.) | Randomly selected | PRIV5705 | x | |
| 112.) | Randomly selected | PRIV5706 | x | |
| 113.) | Randomly selected | PRIV5707 | x | |
| 114.) | Randomly selected | PRIV5708 | x | |
| 115.) | Randomly selected | PRIV5709 | x | |
| 116.) | Randomly selected | PRIV5710 | x | |
| 117.) | Randomly selected | PRIV5711 | x | |
| 118.) | Randomly selected | PRIV5712 | x | |
| 119.) | Randomly selected | PRIV5713 | x | |
| 120.) | Randomly selected | PRIV5714 | x | |
| 121.) | Randomly selected | PRIV5715 | x | |
| 122.) | Randomly selected | PRIV9153 | x | |
| 123.) | Randomly selected | PRIV9154 | x | |
| 124.) | Randomly selected | PRIV9155 | x | |
| 125.) | Randomly selected | PRIV9156 | x | |
| 126.) | Randomly selected | PRIV9157 | x | |
| 127.) | Randomly selected | PRIV5187 | x | |
| 128.) | Randomly selected | PRIV5188 | x | |
| 129.) | Randomly selected | PRIV5189 | x | |

| No. | Selection criteria | Privilege Log | Privileged | Not Privileged |
|---|---|---|---|---|
| 130.) | Randomly selected | PRIV7861 | x | |
| 131.) | Randomly selected | PRIV7862 | x | |
| 132.) | Randomly selected | PRIV7863 | x | |
| 133.) | Randomly selected | PRIV7864 | x | |
| 134.) | Randomly selected | PRIV6808 | x | |
| 135.) | Randomly selected | PRIV6809 | x | |
| 136.) | Randomly selected | PRIV6810 | x | |
| 137.) | Randomly selected | PRIV6811 | x | |
| 138.) | Randomly selected | PRIV6812 | x | |
| 139.) | Randomly selected | PRIV6813 | x | |
| 140.) | Randomly selected | PRIV6814 | x | |
| 141.) | Randomly selected | PRIV6815 | x | |
| 142.) | Randomly selected | PRIV6816 | x | |
| 143.) | Randomly selected | PRIV6817 | x | |
| 144.) | Randomly selected | PRIV6818 | x | |
| 145.) | Randomly selected | PRIV6819 | x | |
| 146.) | Randomly selected | PRIV6820 | x | |
| 147.) | Randomly selected | PRIV6821 | x | |
| 148.) | Randomly selected | PRIV9145 | x | |
| 149.) | Randomly selected | PRIV9146 | x | |
| 150.) | Randomly selected | PRIV9147 | x | |
| 151.) | Randomly selected | PRIV9148 | x | |
| 152.) | Randomly selected | PRIV9149 | x | |
| 153.) | Randomly selected | PRIV9150 | x | |
| 154.) | Randomly selected | PRIV3459 | x | |
| 155.) | Randomly selected | PRIV7570 | x | |
| 156.) | Randomly selected | PRIV7571 | x | |
| 157.) | Randomly selected | PRIV7572 | x | |
| 158.) | Randomly selected | PRIV7573 | x | |
| 159.) | Randomly selected | PRIV7574 | x | |
| 160.) | Randomly selected | PRIV3479 | x | |
| 161.) | Randomly selected | PRIV2464 | | x |
| 162.) | Randomly selected | PRIV0187 | x | |
| 163.) | Randomly selected | PRIV9084 | x | |
| 164.) | Randomly selected | PRIV9089 | | x |
| 165.) | Randomly selected | PRIV0567 | x | |
| 166.) | Randomly selected | PRIV0568 | x | |
| 167.) | Randomly selected | PRIV0569 | x | |
| 168.) | Randomly selected | PRIV5626 | x | |
| 169.) | Randomly selected | PRIV5627 | x | |
| 170.) | Randomly selected | PRIV5628 | x | |
| 171.) | Randomly selected | PRIV5629 | x | |
| 172.) | Randomly selected | PRIV5630 | x | |

| No. | Selection criteria | Privilege Log | Privileged | Not Privileged | | |
|---|---|---|---|---|---|---|
| 173.) | Randomly selected | PRIV3612 | x | | | |
| 174.) | Randomly selected | PRIV3613 | x | | | |
| 175.) | Randomly selected | PRIV5438 | x | | | |
| 176.) | Randomly selected | PRIV5439 | x | | | |
| 177.) | Randomly selected | PRIV5440 | x | | | |
| 178.) | Randomly selected | PRIV8875 | | x | | |
| 179.) | Randomly selected | PRIV4557 | | x | | |
| 180.) | Randomly selected | PRIV4558 | | x | | |
| 181.) | Randomly selected | PRIV5475 | | x | | |
| 182.) | Randomly selected | PRIV8625 | x | | | |
| 183.) | Randomly selected | PRIV8626 | x | | | |
| 184.) | Randomly selected | PRIV8627 | x | | | |
| 185.) | Randomly selected | PRIV8628 | x | | | |
| 186.) | Randomly selected | PRIV8629 | x | | | |
| 187.) | Randomly selected | PRIV0443 | x | | | |
| 188.) | Randomly selected | PRIV8631 | | x | | |
| 189.) | Randomly selected | PRIV8632 | | x | | |
| 190.) | Randomly selected | PRIV8633 | | x | | |
| 191.) | Randomly selected | PRIV1912 | | x | | |
| 192.) | Randomly selected | PRIV1913 | | x | | |
| 193.) | Randomly selected | PRIV1914 | | x | | |
| 194.) | Randomly selected | PRIV1915 | | x | | |
| 195.) | Randomly selected | PRIV1916 | | x | | |
| 196.) | Randomly selected | PRIV1917 | | x | | |
| 197.) | Randomly selected | PRIV2036 | x | | | |
| 198.) | Randomly selected | PRIV2037 | x | | 170 | 85.0% |
| 199.) | Randomly selected | PRIV2038 | x | | 30 | 15.0% |
| 200.) | Randomly selected | PRIV2039 | x | | **200** | |
| 201.) | Randomly selected | PRIV2040 | x | | | |
| 202.) | Randomly selected | PRIV2041 | x | | | |
| 203.) | Randomly selected | PRIV2042 | x | | | |
| 204.) | Randomly selected | PRIV2043 | x | | | |
| 205.) | Randomly selected | PRIV2044 | x | | | |
| 206.) | Randomly selected | PRIV2045 | x | | | |
| 207.) | Randomly selected | PRIV2046 | x | | | |
| 208.) | Randomly selected | PRIV2047 | x | | | |
| 209.) | Randomly selected | PRIV2048 | x | | | |