UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HI-LEX CONTROLS INCORPORATED,
HI-LEX AMERICA, INCORPORATED and
HI-LEX CORPORATION HEALTH AND
WELFARE PLAN,

        Plaintiffs,        Case No: 11-12557
                                Hon. Victoria A Roberts

v.

BLUE CROSS AND BLUE SHIELD OF
MICHIGAN,

        Defendant.
_____/

## JUDGMENT

Consistent with the Court's Findings of Facts and Conclusions of Law entered on May 23, 2013;

**IT IS ORDERED** that Judgment enter in favor of Plaintiffs in the amount of $5,111,431, together with costs, interest, and attorney fees.

Dated at Detroit, Michigan on May 23, 2013.

                                          David J. Weaver
                                          Clerk of the Court

                                 BY:   /s/ Linda Vertriest

Approved:

/s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge