UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HI-LEX CONTROLS, INC. et al.,

        Plaintiffs,                        Case No: 11-12557
                                                     Hon. Victoria A. Roberts

v.

BLUE CROSS AND BLUE SHIELD OF
MICHIGAN,

        Defendant.
_____/

**ORDER TERMINATING PLAINTIFFS'**
**MOTIONS FOR ATTORNEYS' FEES (DOCS. # 258 & 290)**

      Two motions for attorneys' fees are pending: (1) Plaintiffs' Motion for Attorneys' Fees (Doc. # 258); and (2) Plaintiffs' Amended Motion for Attorneys' Fees (Doc. # 290).

      Plaintiffs filed the first motion on June 20, 2013, after the Court entered judgment in its favor. The parties cross-appealed to the United States Court of Appeals for the Sixth Circuit; pending appeal, this Court stayed proceedings – including the attorneys' fees motion. On May 14, 2014, the Sixth Circuit affirmed this Court in all respects. Plaintiffs filed the amended motion on June 13, 2014 – with revised figures that account for fees and costs during appeal.

      Blue Cross is now filing a petition for certiorari with the United States Supreme Court. Because the amount of attorneys' fees may grow as a result of Blue Cross's petition for certiorari, the parties agree that the Court should hold decision on the attorneys' fees issue until after the Supreme Court decides the certiorari petition.

      Accordingly, Plaintiffs' Motion and Amended Motion for Attorneys' Fees (Docs. #

258 & 290) are **TERMINATED**.  Once appeals are exhausted, Plaintiffs may file an updated motion for attorneys' fees.

    **IT IS ORDERED.**

                                                    <u>S/Victoria A. Roberts</u>
                                                    Victoria A. Roberts
                                                    United States District Judge

Dated:  July 31, 2014